**JUDGE LEISURE**

**07 CIV 8490**

Gregory P. Joseph (GJ-1210)
Peter R. Jerdee (PJ-1240)
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: 212-407-1200

PKL

*Attorneys for Defendant HealthSouth Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OCT 0 1 2007
U.S.D.C. S.D.N.Y.
CASHIERS

| | |
|---|---|
| UBS AG, Stamford Branch, | ECF CASE |
| *Plaintiff,* | |
| -against- | Index No. _____ |
| HealthSouth Corporation, | ***RULE 7.1 STATEMENT*** |
| *Defendant.* | |

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for defendant HealthSouth Corporation, a nongovernmental corporate entity, certifies that (1) HealthSouth Corporation has no parent corporation, and (2) no publicly held corporation owns 10% or more of the stock of HealthSouth Corporation.

Dated: New York, New York
       October 1, 2007

GREGORY P. JOSEPH LAW OFFICES LLC

By: *Gregory P. Joseph*
Gregory P. Joseph (GJ 1210)
Peter R. Jerdee (PJ 1240)
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
*Attorneys for HealthSouth Corporation*

Gregory P. Joseph (GJ-1210)
Peter R. Jerdee (PJ-1240)
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: 212-407-1200

*Attorneys for Defendant HealthSouth Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UBS AG, Stamford Branch, <br><br> Plaintiff, <br><br> -against- <br><br> HealthSouth Corporation, <br><br> Defendant. | **CERTIFICATE OF SERVICE** <br><br> Index No. _____ |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on October 1, 2007, I caused to be served upon Marc de Leeuw of Sullivan & Cromwell LLP, by hand delivery to the address indicated below, a true and correct copy of the attached Rule 7.1 Statement:

>Marc De Leeuw
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, New York 10014
>
>*Attorney for UBS AG, Stamford Branch*

I certify under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
October 1, 2007

_____
Maxwell A. Brooks