Gregory P. Joseph (GJ-1210)
Peter R. Jerdee (SD-1210)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Attorneys for Defendant
HealthSouth Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| **UBS AG, STAMFORD BRANCH**, | **ECF CASE** |
| Plaintiff, | 07 Civ. 8490 (PKL) |
| - against - | *AFFIDAVIT OF SERVICE* |
| **HEALTHSOUTH CORPORATION,** | |
| Defendant. | |

------------------------------------------------------------------X

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and reside in New York County.

On October 1, 2007, I served the following documents upon:

> Marc De Leeuw
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, New York 10004

by delivering true and correct copies securely enclosed in a properly addressed wrapper to a representative there:

- Notice to State Court of Filing of Notice of Removal dated October 1, 2007,

- Notice of Removal dated October 1, 2007

- Rule 7.1 Statement for HealthSouth Corporation dated October 1, 2007,

- Individual Practices of the Hon. Peter K. Leisure,

- USDC/SDNY Instructions for Filing an Electronic Case or Appeal,

- USDC/SDNY Procedures for Electronic Case Filing, and

- USDC/SDNY Guidelines for Electronic Case Filing.

_____
Maxwell Brooks

Sworn to before me this
October 1, 2007

_____
Notary Public

LILING YUNG
Notary Public, State Of New York
No. 01YU50004939
Qualified In Suffolk County
Commission Expires November 30, 2010

2