UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UBS AG, STAMFORD BRANCH,                :
                                        :   Civil Action No. 07 CV 8490 (LAP)
                    Plaintiff,          :   ECF Case
                                        :
           - v -                        :
                                        :   **NOTICE OF APPEARANCE**
                                        :   **FOR MARC DE LEEUW**
HEALTHSOUTH CORP.,                      :
                                        :
                    Defendant.          :
------------------------------X


To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in this action for plaintiff UBS AG, Stamford Branch.

   I certify that I am admitted to practice in this Court.


Dated:  October 26, 2007

                                        Respectfully submitted,

                                        /s/ Marc De Leeuw
                                        _____
                                        Marc De Leeuw (MD-2166)
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York  10004
                                        (212) 558-4000

                                        *Attorney for UBS AG, Stamford Branch*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

      DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 26th day of October, 2007, he served, by regular mail, postage prepaid, a true copies of the Rule 7.1 Statement and Notice of Appear upon Gregory P. Joseph, Esq., GREGORY P. JOSEPH LAW OFFICES LLC, 485 Lexington Avenue, 30th Floor, New York, New York 100117.

Sworn to before me this
26th day of October, 2007.

_____
Notary Public

ARLENE SCHAFFNER
Notary Public, State of New York
No. 4644282
Qualified in New York County
Commission Expires Aug. 31, 2009