UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UBS AG, STAMFORD BRANCH,            :
                                    : Civil Action No. 07 CV 8490 (LAP)
          Plaintiff,            : ECF Case
                                    :
   v.                              :
                                    : **FED. R. CIV. P. 7.1**
                                    : **CORPORATE DISCLOSURE**
HEALTHSOUTH CORP.,                  : **STATEMENT**
                                    :
          Defendant.            :
------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff UBS AG, Stamford Branch (a private non-governmental party), certifies that UBS AG, Stamford Branch is a branch of UBS AG, which does not have a parent company. Plaintiff also states that no publicly traded company owns more than 10% of the stock of UBS AG.

Dated: October 26, 2007

                                      Respectfully submitted,

                                      _____
                                      Marc De Leeuw (MD-2166)
                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, New York 10004
                                      (212) 558-4000

                                      *Attorney for UBS AG, Stamford Branch*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
: ss.:
COUNTY OF NEW YORK )


DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party to this action and that on the 26th day of October, 2007, he served, by regular mail, postage prepaid, a true copies of the Rule 7.1 Statement and Notice of Appear upon Gregory P. Joseph, Esq., GREGORY P. JOSEPH LAW OFFICES LLC, 485 Lexington Avenue, 30th Floor, New York, New York 100117.

*[signature: David Liebov]*

Sworn to before me this
26th day of October, 2007.

*[signature: Arlene Schaffner]*
Notary Public

ARLENE SCHAFFNER
Notary Public, State of New York
No. 4644282
Qualified in New York County
Commission Expires Aug. 31, 2009