UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

------------------------------------------------X

UBS AG, STAMFORD BRANCH,

          Plaintiffs,

v.

HEALTHSOUTH CORP.,

          Defendants.

------------------------------------------------X

07 CV 8490 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents UBS AG and/or its affiliates.

So Ordered:

Dated: New York, New York
       November 1, 2007

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

CGRUBS