UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

UBS AG. STAMFORD BRANCH,

        Plaintiff,

   v.

HEALTHSOUTH CORPORATION,

        Defendant.

------------------------------------------------

No. 07-cv-08490 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

## STIPULATION

      WHEREAS Plaintiff UBS AG, Stamford Branch ("UBS"), filed a Motion for Summary Judgment in Lieu of Complaint on September 6, 2007 in the Supreme Court of the State of New York, County of New York;

      WHEREAS Defendant HealthSouth Corporation ("HealthSouth") filed a Notice of Removal in the United States District Court for the Southern District of New York on October 1, 2007;

      WHEREAS the parties attended a conference before the Court on November 20, 2007;

      WHEREAS this Court directed the parties to confer on a briefing schedule on UBS's motion for summary judgment and any HealthSouth cross-motions;

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

      1. UBS will file its motion for summary judgment and supporting papers pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 on or before December 17, 2007;

      2. HealthSouth will file its opposition to UBS's motion for summary judgment and any cross-motion for a stay or to dismiss on abstention grounds on or before January 18, 2008;

      3. UBS will file its reply on its motion for summary judgment and its opposition to HealthSouth's cross-motion(s), if any, on or before February 8, 2008;

4. HealthSouth will file its reply on its cross-motion(s), if any, on or before February 22, 2008; and

5. The return date for UBS's motion for summary judgment and HealthSouth's cross motion(s), if any, shall be ~~February 25, 2008~~. March 6, 2008 at 9:00 a.m.

*signature*
Robert J. Giuffra, Jr. (RG-9969)
Marc De Leeuw (MD-2166)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
(212) 558-4000

*Attorney for Plaintiff*

Dated: November 30, 2007

*signature*
Gregory P. Joseph (GJ-1210)
Peter R. Jerdee (PJ-1240)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
(212) 407-1200

*Attorney for Defendant*

Dated: November 30, 2007

SO ORDERED:

*signature*
Honorable Loretta A. Preska
United States District Judge

Dated: December 4, 2007

-2-