EXHIBIT A

Exhibits A Through X To The Declaration of David J.
Kalal Filed in Hard Copy With the Court