GREGORY P. JOSEPH LAW OFFICES LLC

485 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

(212) 407-1200

WWW.JOSEPHNYC.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
DIRECT FAX: (212) 407-1280
EMAIL: gjoseph@josephnyc.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/14/08*

January 10, 2008

**By Facsimile ((212) 805-7941)**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

  Re: *UBS AG, Stamford Branch v. HealthSouth Corp.*, 07 Civ. 8490 (LAP)

Dear Judge Preska:

  Our client, Defendant HealthSouth Corp. ("HealthSouth"), is scheduled to file its opposition to the summary judgment motion of Plaintiff UBS AG, Stamford Branch ("UBS AG"), next Friday, January 18, 2008. As discussed with the Court at the conference on November 20, 2007, we also plan to file at that time a cross-motion to dismiss or stay this action in deference to a first-filed action in Alabama state court.

  After conferring with counsel for the plaintiff, we respectfully request on behalf of both parties that HealthSouth be permitted to file a combined brief, not to exceed 30 pages, in opposition to UBS AG's motion for summary judgment and in support of HealthSouth's cross-motion to dismiss or stay, and that UBS AG be permitted to file a combined brief, not to exceed 30 pages, in reply to HealthSouth's opposition brief on the summary judgment motion and in opposition to HealthSouth's cross-motion to dismiss or stay.

  Thank you for your attention to this matter.

*So ordered*
*Loretta A. Preska*
*USDJ*
*January 13, 2008*

Respectfully submitted,

Gregory P. Joseph

cc: Robert J. Giuffra, Jr., Esq., Counsel for UBS AG (by facsimile)