TESTIMONY AND PROCEEDINGS
UNITED STATES OF AMERICA v. DON E. SIEGELMAN, ET AL.

May 9, 2006

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

UNITED STATES OF AMERICA,

    vs.                CASE NO: 2:05cr119-F

DON EUGENE SIEGELMAN,
RICHARD M. SCRUSHY,
PAUL MICHAEL HAMRICK,
and GARY MACK ROBERTS,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \*

EXCERPTS OF TRIAL PROCEEDINGS

\* \* \* \* \* \* \* \* \* \* \*

TESTIMONY AND PROCEEDINGS before The Honorable Mark E. Fuller, United States District Judge, and a jury, at the United States Federal Courthouse, One Church Street, Montgomery, Alabama, reported by Dee Coker, Registered Professional Reporter and Commissioner for the State of Alabama, commencing on Tuesday, May 9, 2006, commencing at 8:41 a.m.

\* \* \* \* \* \* \* \* \* \* \*

TESTIMONY AND PROCEEDINGS
UNITED STATES OF AMERICA v. DON E. SIEGELMAN, ET AL.

May 9, 2006

35 (Pages 134 to 137)

Page 134

1  last name for the record, please?
2  A. M-C-capital G-A-H-A-N.
3  Q. How old are you, Mr. McGahan?
4  A. 44 years old.
5  Q. And where do you live?
6  A. Currently live in Hawaii.
7  Q. Where were you born?
8  A. I was born in New York.
9  Q. And where did you grow up?
10 A. I attended high school in Atlanta, Georgia.
11 Q. What do you do for a living, Mr. McGahan?
12 A. I work in commercial real estate.
13 Q. Have you always worked in commercial real
14    estate?
15 A. No, sir.
16 Q. How long have you worked in commercial real
17    estate? And then tell us what you were doing
18    prior to that.
19 A. I worked in commercial real estate for
20    approximately a year and a half. And prior
21    to that, I was unemployed for a time; but
22    prior to that, I worked as an investment
23    banker.

Page 135

1  Q. Would you give us a time frame, when you
2     worked as an investment banker, for how long
3     you did that particular activity?
4  A. From approximately 1989 to May of 2003.
5  Q. Did you work as an investment banker in one
6     location or with one company during that time
7     period, or were there several different
8     companies that you worked for?
9  A. For two companies, both of which changed
10    their names a couple of different times.
11 Q. Give us the layman's version of what an
12    investment banker does.
13 A. An investment banker provides services to
14    companies and assists them in raising capital
15    and in mergers and acquisitions advice.
16 Q. Okay. And what training, schooling have you
17    had that prepared you to perform that
18    particular job?
19 A. I earned an undergraduate degree in economics
20    and a master's in business administration.
21 Q. Where did you get those degrees?
22 A. My undergraduate degree was at Southern
23    Methodist University, and my master's degree

Page 136

1  was at the University of Virginia.
2  Q. When did you finish or complete your master's
3     requirements?
4  A. 1989.
5  Q. So you went to work as an investment banker
6     shortly after completing your requirements
7     for your master's degree?
8  A. Yes, sir.
9  Q. Where did you go to work first in 1989?
10 A. I worked at a company called Smith, Barney,
11    Harris, Upham & Company, which later became
12    part of a company called Citi Group.
13 Q. And you were with them for how long? From
14    1989 until when?
15 A. Till March of 1999.
16 Q. During the time you were at -- can I call
17    them Smith Barney? Because that's what I'm
18    familiar with.
19 A. Yes, sir.
20 Q. Okay. During the time you were with Smith
21    Barney, did you develop a relationship -- a
22    professional relationship with a company
23    called HealthSouth?

Page 137

1  A. Yes, sir.
2  Q. When did you first develop that
3     relationship? And tell us what kind of
4     things you did for HealthSouth.
5  A. I first met HealthSouth in approximately
6     1993. And I worked with other people at my
7     company in assisting the company with mergers
8     and capital markets activities.
9  Q. So from 1989 to 1993, did your
10    responsibilities kind of grow and your
11    position kind of grow at that time?
12 A. Over that time period, it did, yes.
13 Q. And how would you describe your relationship
14    with HealthSouth from 1993 up until 1999,
15    when you left Smith Barney?
16 A. Well, in 1993, I was a more junior person in
17    the organization, and there was senior people
18    that worked with me and with companies on our
19    transactions. And then as I became more
20    senior in the company, I became a coverage
21    officer and had primary coverage
22    responsibilities for calling on companies
23    like HealthSouth.

TESTIMONY AND PROCEEDINGS                                    May 9, 2006
UNITED STATES OF AMERICA v. DON E. SIEGELMAN, ET AL.

36 (Pages 138 to 141)

Page 138

1  Q. When you say coverage responsibilities, tell
2     us what you mean by that.
3  A. It means it was my job to -- as a coverage
4     officer for companies, to try to understand
5     what their investment banking services or
6     needs were and then try to work within our
7     company to try to make sure we were trying to
8     provide those needs to companies.
9  Q. Now, in I believe you said March of 1999, you
10    changed companies?
11 A. Yes, sir.
12 Q. Where did you go from Smith Barney or Citi
13    Group? Where you did go next?
14 A. I went to a company which is now called UBS.
15 Q. And was UBS a newly formed company, or was it
16    a company that had been in existence for a
17    while?
18 A. It had been in existence for a while.
19 Q. In terms of size, how would UBS compare to
20    Smith Barney or Citi Group at that time?
21 A. At that time, Citi Group was an established
22    player in the investment banking business.
23    And UBS was a company, which was smaller, had

Page 139

1     less capabilities, but was attempting to
2     grow.
3  Q. Did you consider your move from Smith
4     Barney-Citi Group to UBS as a -- I don't want
5     to call it a promotion, but a step up?
6  A. I considered it -- I was going to be doing
7     the same sorts of things at UBS that I was
8     going to be doing at Citi Group, but we were
9     going to be -- or I was going to be working
10    at a firm which didn't have the track record
11    of Citi Group. So -- so I was -- it was
12    really a lateral move in the same industry.
13 Q. What about opportunity-wise? Did it present
14    a better opportunity for you and your family
15    to accept that position at UBS?
16 A. It did. It provided me with a place I
17    thought that could better help me serve our
18    clients and also help -- you know, help give
19    me more certainty about my role in the
20    organization.
21 Q. Now, what was your relationship like with
22    HealthSouth during the time period that you
23    were making the transition from Smith Barney

Page 140

1     to UBS?
2  A. Well, HealthSouth was a health care service
3     company. It was one of the larger companies
4     in the United States providing outpatient
5     health care services. And when I moved to
6     UBS, my job was to do the same thing that I
7     did before, which was to try to call on
8     companies and provide investment banking
9     services. So one of the things that I did
10    was, after I moved, to call them and let them
11    know about my new company and where -- where
12    I had landed.
13 Q. And did you develop a relationship with
14    HealthSouth at your new company?
15 A. Yes, we did.
16 Q. Do you know Richard Scrushy?
17 A. I do.
18 Q. And have you had dealings with him over the
19    time that you've been representing
20    HealthSouth as an investment banker?
21 A. When I was an investment banker, yes.
22 Q. Okay. And the same question for Mike
23    Martin.

Page 141

1  A. I knew Mike Martin, yes, when I was an
2     investment banker.
3  Q. What was Mr. Scrushy's title at HealthSouth
4     when you knew him?
5  A. He was the chairman and chief executive
6     officer of HealthSouth.
7  Q. And Mr. Mike Martin, what was his title?
8  A. He had a couple of titles, but he ultimately
9     became the chief financial officer at
10    HealthSouth.
11 Q. Who did you have more dealings with, Richard
12    Scrushy or Mike Martin?
13 A. I had more dealings with Mr. Martin.
14 Q. Did you have any personal one-on-one contact
15    with Mr. Scrushy during the time that you
16    were working as an investment banker?
17 A. Yes, I did.
18 Q. Let me direct your attention to 1999 and ask
19    you did at some point you receive a call
20    requesting a donation for an entity in
21    Alabama?
22 A. Yes, I --
23    MR. LEACH: Judge, I would ask that the