06437

```
 1     IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ALABAMA
 2            SOUTHERN DIVISION

 3

 4  UNITED STATES OF
    AMERICA,
 5
                CR-03-BE-530-S
 6
      v.           Birmingham, Alabama
 7
    RICHARD M. SCRUSHY,   March 1, 2005
 8
         Defendant.
 9
    *********************
10

11      TRANSCRIPT OF TRIAL
    BEFORE THE HONORABLE KARON O. BOWDRE
12  UNITED STATES DISTRICT JUDGE, and jury.

13

14
             VOLUME XXIII
15

16

17

18

19

20

21

22

23

24

25
```

06576

1  A.  The New York Stock Exchange required a
2  press release from the company. The company
3  issued a press release, and they resumed trading
4  in the stock.
5  Q.  Did either you or the defendant have any
6  conversations with representatives from Salomon
7  Smith Barney after Mr. Harris' report this issue?
8  A.  Mr. Scrushy and I called Ben Lorello, who
9  is the head of the healthcare investment banking
10 unit at Smith Barney, and his number two guy, Bill
11 McGahan, and we --
12 Q.  Let me stop you here. Just tell us what
13 you and the defendant said, but please don't tell
14 us what anyone else might have responded or might
15 have said in response to what the defendant said,
16 okay?
17 A.  Okay. Could you ask me the question
18 again? I'm sorry.
19 Q.  What did you and the defendant tell Ben
20 Lorello and Mr. McGahan during the course of the
21 conversation?
22 A.  Mr. Scrushy and I told them that we were
23 firing them if Geoff Harris didn't issue an
24 apology.
25 Q.  Did y'all ask for anything else besides an