634

From: McGahan, William+
Sent: Thursday, March 06, 2003 3:50 PM
To: ONeill, Roderick+; michael.leder@ubs.com

Tab 29

I just got my ass whipped by Scrushy and Owens.

1) The key is the amendment. So focus only on that for now.
2) they need it by tuesday. We MUST get it done.
3) it MUST NOT leak into market that we are struggling. If it does we are all dead.
4) start with a detailed timeline of how information has flowed over the past two weeks. We must all agree on specifics of this by toMorrow am.
5) we need information from the company. Get tadd and richard davis working on everything you need asap.
6) we MUST get this done or our relationship is over.

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

CONFIDENTIAL TREATMENT
REQUESTED BY UBS

UBS/C 155137

635

From: McGahan, William+
Sent: Thursday, March 06, 2003 4:14 PM
To: ONeill, Roderick-; michael.leder@ubs.com          Tab 30

Mike and Rod, you two are responsible for getting the hrc bank amendment approved. My entire career is on the line. Work quickly and carefully. Are you on top of this??!!???

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

CONFIDENTIAL TREATMENT
REQUESTED BY UBS

UBS/C 155305

636

**UBSW E-Mail**

Tab 31

From: McGahan, William+
Sent: Thursday, March 06, 2003 5:14 PM
To: 'michael.leder@ubs.com'; ONeill, Rodenck+; Lorello, Benjamin+

Just to fill you in on what I just got. Please get this done asap!!!
------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Scrushy, Richard <rscrushy@healthsouth.com>
To: McGahan, William+ <William.McGahan@ubsw.com>
Sent: Thu Mar 06 17:08:05 2003
Subject: To hell with you guys

I will put up the money myself. Pls call ben and tell him that I will
put up the 24 million personally. Can't believe you guys are doing this.
I guess since you guys are breaking up the 20 year relationship Ben will
understand us moving it all somewhere else. We will comeback strong and
kick butt again. Thanks for the help over the years. We had some good
times. Richard

---------------------------
Sent from my BlackBerry Wireless Handheld
Confidentiality Notice: This e-mail communication and any attachments
may contain confidential and privileged information for the use of the
designated recipients named above. If you are not the intended
recipient, you are hereby notified that you have received this
communication in error and that any review, disclosure, dissemination,
distribution or copying of it or its contents is prohibited. If you
have received this communication in error, please notify me immediately
by replying to this message and deleting it from your computer. Thank
you.

1

CONFIDENTIAL TREATMENT
REQUESTED BY UBS

UBS/C 092905

637

**UBSW E-Mail**

| | |
|---|---|
| From: | McGahan, William+ |
| Sent: | Thursday, March 06, 2003 5:18 PM |
| To: | Lorello, Benjamin+ |
| Subject: | Fw:                               Tab 32 |

I hate my job. I resign. Go jump off a bridge.
-------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: McGahan, William+ <William.McGahan@ubsw.com>
To: 'rscrushy@healthsouth.com' <rscrushy@healthsouth.com>
Sent: Thu Mar 06 17:13:25 2003
Subject:

Richard, I will get it done! I promise! Don't wash us away yet. I have talked to Bill and Tadd and tried to call you and I am all over it. I will call you in the morning with it being done! Bill
-------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Scrushy, Richard <rscrushy@healthsouth.com>
To: McGahan, William+ <William.McGahan@ubsw.com>
Sent: Thu Mar 06 17:08:05 2003
Subject: To hell with you guys

I will put up the money myself. Pls call ben and tell him that I will put up the 24 million personally. Can't believe you guys are doing this. I guess since you guys are breaking up the 20 year relationship Ben will understand us moving it all somewhere else. We will comeback strong and kick butt again. Thanks for the help over the years. We had some good times. Richard

-------------------------
Sent from my BlackBerry Wireless Handheld
Confidentiality Notice:  This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above.  If you are not the intended recipient, you are hereby notified that  you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited.  If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer.  Thank you.

1

CONFIDENTIAL TREATMENT
REQUESTED BY UBS

UBS/C 092904