1

2

3

4

5

6        **Tab 26**

7

8        February 26, 2003 Global Syndicated Finance

9            Commitment Committee Meeting

10           Concerning Proposed Loan to

11           Source Medical Solutions, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          bonds that mature before a revolver.  Are
 2          you sure?
 3              DAVID BAWDEN:  I'm -- yeah, I'm -- I'm
 4          sure.  What I'm looking at here is, I'm
 5          concerned about dealing with these
 6          entities, I don't think we've got full
 7          transparency on the -- on Source Medical.
 8          I don't like the fact that we've got
 9          management who have been owning shares and
10          this, and now donating them to charities,
11          and so forth.  I wouldn't trust Scrushy,
12          Rod, further than we can throw him.  I
13          don't think this company management has
14          been that transparent with us the past.
15              CHRIS RYAN:  But that's true with both
16          entities.
17              DAVID BAWDEN:  Yeah.
18              CHRIS RYAN:  Right.  So what -- I
19          mean, I'm just -- why would you rather in
20          '07 four years, than a '03 one year?
21              DAVID BAWDEN:  (Inaudible) I'd rather
22          (inaudible) be in '03 --
23              CHRIS RYAN:  '04, one year, I guess.
24              DAVID BAWDEN:  -- for one year at
25          HealthSouth, than an '07 at HealthSouth --
```

```
1          I do not want to be lending to Source
2     Medical Solution.
3          SPEAKER:  So, you know --
4          SPEAKER:  Please -- please, explain.
5     I am confused.  I don't understood -- you
6     doubt the validity of the guaranty, is
7     there a problem with it?
8          DAVID BAWDEN:  I'm not doubting the
9     validity of the guaranty, I'm -- what I
10    don't like is the reputation at issues
11    that (inaudible) we're running with this
12    -- with this entity.  And I don't like the
13    fact that we keep getting asked to deal
14    with these partially owned companies, and
15    a lot of it revolves around the -- just
16    the noise that's going on with this
17    company.  I mean, you know, the fact is
18    there's a SEC investigation, the FBI is in
19    there.  It just smells bad and --
20         CHRIS RYAN:  Okay.  The -- the -- I
21    think the firm -- well, we ought to check
22    if the firm wants to have a relationship
23    with the company, but -- and -- and that's
24    that then.  I think that's a fundamental
25    issue.  But if the firm -- let's just say
```

1           -- we've got a -- a manner of resolving

2           that, which is not -- not me or this

3           committee.  And I think it can -- I agree

4           with you, we should vet this before we

5           lend anywhere money in, and -- and that

6           this transaction, make sure that this is a

7           client that we want to continue to -- to

8           promote within the firm.

9               But if the firm decides to -- whoever

10          that -- I'm not sure who that body is, but

11          we'll collect it, you know, it's probably

12          -- maybe it's management committee, let's

13          say at Warburg.  Let's say they decided

14          they want to push on with HealthSouth, and

15          therefore they want to try to accommodate

16          the client where -- where we can, like we

17          do our other clients.

18              DAVID BAWDEN:  Chris, we're being

19          asked to accommodate of client in a

20          fashion that we typically do not, have not

21          -- we do not get asked to accommodate

22          other clients.

23              CHRIS RYAN:  I disagree with that,

24          David.

25              DAVID BAWDEN:  Asked to provide

625

1    clients we -- we view as -- as key clients
2    of the firm.  And I'm --
3         DAVID BAWDEN:  But (inaudible) we
4    should only be doing it for companies with
5    decent reputations, and this company's
6    tarnished its reputation in just about
7    every which way over the last year.
8         CHRIS RYAN: That's -- that's a fair --
9    well, I think that's a fair comment, at
10   least as near -- as near as I can tell.
11   But I don't think it's -- certainly, it's
12   not my call to --
13        DAVID BAWDEN:  (Inaudible) but clearly
14   the way.
15        CHRIS RYAN: -- turn this down on that
16   basis.
17        DAVID BAWDEN:  Yeah.  Shares are
18   traded the way market perceives this
19   company.  There's a negative sentiment
20   toward it, and I don't think -- the market
21   per se has particularly a -- a kind view
22   of the company or the management.
23        CHRIS RYAN:  Right.  I mean that's --
24        (Talking simultaneously.)
25        DAVID BAWDEN:  The point -- the point

1      a straight comparison here, given the

2      borrower and the circumstances.

3         CHRIS RYAN:  Okay.  Well, let -- let

4      -- here's what I think we need to do to

5      move -- move forward, guys, and I

6      apologize for not directing it this way

7      earlier, but I didn't -- I didn't really

8      know -- know -- I didn't focus, I guess is

9      the right way to put it.

10         I think we need to -- to -- to

11      organize a BRG as soon as possible.  I

12      think, David, you ought to be there,

13      clearly Annette needs to be there, as well

14      as folks from the -- from the Healthcare

15      group, you know, Rod and Mike, at least,

16      and maybe Bill should be there.

17         Let's vet this with BRG, and then I

18      think this thing goes to, you know, some

19      subset of the management committee.

20      Actually, I think we have a reputation

21      risk subgroup that includes Kenny, Hutch,

22      and Ian, and Bob Dinerstein, and let's

23      take -- you know, the issues to them and

24      -- and figure out what we -- what we --

25      what we should be doing as UBS Warburg.