```
00149
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
 2                SOUTHERN DIVISION

 3

 4  UNITED STATES OF AMERICA,  *

 5    v.                       *

 6  EMERY HARRIS,              *  Case No. CR-03-J-157-S

 7        Defendant.           *

 8                             *

 9  *************************

10

11  UNITED STATES OF AMERICA,  *

12    v.                       *

13  ANGELA C. AYERS,           *  Case No. CR-03-J-183-S
    CATHY C. EDWARDS,
14  REBECCA KAY MORGAN,        *
    and VIRGINIA B. VALENTINE,
15                             *
          Defendants.
16                             *

17  *************************

18
              TRANSCRIPT OF SENTENCING HEARING
19         BEFORE THE HONORABLE INGE P. JOHNSON
              UNITED STATES DISTRICT JUDGE
20

21                Volume II

22             November 13, 2003

23              11:00 a.m.

24            Birmingham, Alabama

25
```

00157
1  quarter since inception, we have all met expectations.
2       THE COURT: Okay.
3       THE WITNESS: So I think everyone understood that we
4  were to continue that charge of never missing expectations.
5       THE COURT: Who is "The Family," quote/unquote, in
6  your opinion?
7       THE WITNESS: The family, I believe, originated -- and
8  this is just my opinion, originated with, you know, Bill Owens
9  and Mike Martin, maybe Aaron Beam and Mr. Scrushy.
10      And then, you know, I guess it was in late 1999 where
11 I was asked to come to a meeting to pick up some adjustments
12 and then I was asked to just, you know, stay in the meeting for
13 a little bit, you know, we might have some more stuff for you.
14      And then the next quarter when we had another meeting
15 it was, why don't you come so you can take notes from the
16 beginning. And then one day, I think it was probably early
17 2000 or maybe it was in late 1999, Mr. Owens just made the
18 comment that, welcome to the family, you know. And he would
19 kind of laugh.
20      And then also kind of -- I don't know if it came about
21 at the time when -- it was at the end of one quarter we were up
22 there one night, you know, trying to get financials completed,
23 and Mike Martin called us. It was Kay Morgan, myself and Ken
24 Livesay and Bill Owens working. Mike Martin called from his
25 house and he said, I want y'all to listen to this message that

```
00158
   1  I've received.
   2       THE COURT: Who called?
   3       THE WITNESS: Mike Martin.
   4       THE COURT: Okay.
   5       THE WITNESS: Mike Martin had received a voice mail
   6  from a gentleman, his first name was Ben, I'm not sure of his
   7  last name, but he worked for one of the analyst groups. It
   8  might have been U.S. Warburg.
   9       THE COURT: War --
  10       THE WITNESS: Warburg.
  11       THE COURT: Okay.
  12       THE WITNESS: He let us listen to the message and he
  13  said, this is what I'm up against and this is why I asked you
  14  to do the things I asked you to do. Ben, in this message,
  15  discussed that it was important for him to lay down for the
  16  family and do what was right. And there was a lot of people
  17  counting on you to make things happen this quarter. We're
  18  expecting big things, you know. If you don't lay down for the
  19  family, you'll get whacked.
  20       And he let us listen to that message and told us that
  21  that's why he asked us to do the things that he's asked us to
  22  do, and he just wanted to share that with us.
  23       THE COURT: Okay.
  24       THE WITNESS: And I think because of that message is
  25  when "The Family" term got really --
```

```
00159
1      THE COURT: Started?
2      THE WITNESS: -- more relevant. You know, you are
3  doing this for the family.
4      THE COURT: But you are not related to anybody by
5  blood or marriage?
6      THE WITNESS: No, ma'am. We're -- I think we're --
7  especially the five of us are very close to consider each other
8  family, but not in the sense that it's been publicized.
9      THE COURT: Okay. I don't have any more questions.
10     MR. SALTER: No questions, Your Honor.
11     MR. SMITH: The government does, Your Honor, briefly.
12     THE COURT: Okay. I want to just tell y'all, and this
13  is not necessarily on the record. It was reported to me that
14  some news media reported that these people that are here in
15  court today for sentencing received heavy prison sentences
16  today. I don't know what court they were talking about, but I
17  just want to set the record straight that it wasn't in this
18  court.
19     MR. SALTER: Your Honor, I think he had that piece of
20  information that you asked about, that you discussed.
21     THE COURT: I don't necessarily need it. I can look
22  it up myself.
23     MR. SALTER: Thank you, Judge.
24     THE COURT: I just want to make sure. There are
25  several days that I want to look up, and I can just look it up
```