565

---

**UBSW E-Mail**

| | |
|---|---|
| From: | Howard Capek |
| Sent: | Thursday, August 19, 1999 9:38 AM |
| To: | Susan.G.Zeeb |
| Subject: | Re: HRC                    Tab 3 |

Huh, wedding plans are the least of my ories. In the next 3 weeks, I'll publish on HCR, BEV, GMV, OCR, ALI, CDMC, SNRZ, ARC, CSU, ESC, USON, and RSCR. Unfortunately, you and I can combine our next months paychecks and buy enough of all of these names to have to file a 13D next quarter.

Add this coverage roll-out (with industry reports) to a non-deal roadshow with Fresenius in early Sept., and the wedding plans become a welcome distraction.

HRC: I won't publish until this spinout stuff is complete, still restricted (I'd love to publish on this pig, then I wouldn't be spending so much time in Birminham in July/August; a leat there is no humidity).

Okay, on HRC, what is your fax number; I'll send you a few charts and graphs which should glaringly highlight the company's inability to collect and convert sales into cash and also their inability to reinvest cash at good rates of return.

Lets talk today, after you look over the fax.

Hey, did you see Chase eliminated their entire asset management group in NY, traders, PMs, analysts, all gone. I was joking with Mark Attalienti who left CHase in June for a spot in Alliance's small cap fund. It looks like they are making room for Merrill Lynch Asset Management...

Oh well, Speak soon.
Howard.

—————————————— Reply Separator ——————————————

| | |
|---|---|
| Subject: | HRC |
| Author: | Susan.G.Zeeb (Susan_G_Zeeb@notes.ntrs.com) at unix,mime |
| Date: | 8/19/99 9:31 AM |

hello there. boy you must be having a relaxing summer, no reports to write, no clients to pester. JUST KIDDING.
when are you going to publish?? i'm sure you're getting tied up with final wedding plans--that's coming up next month, right??
seriously, what's up with this one?? is it managed care pricing, the DSOs, or what??? it's acting like such a pig again.
susan

CONFIDENTIAL
TREATMENT REQUESTED
BY UBS

UBS/C 066102

566

**UBSW E-Mail**

| | |
|---|---|
| From: | Howard Capek |
| Sent: | Friday, September 10, 1999 12:25 PM |
| To: | Susan.G.Zeeb |
| Subject: | Re: HRC |

Tab 4

I am with you on the heavily drinking thing. Especially since tonight and tomorrow is my bachelor party. Casual dinner tonight, Yankee/RedSox game tomorrow and dinner at Sparks tomorrow night. I might sleep right through opening day NFL on Sunday.....

HRC, what a mess. I would not own a share. We need to speak on this one.

CONFIDENTIAL
TREATMENT REQUESTED
BY UBB

UBS/C 066101