

ELECTRONICALLY FILED
10/16/2007 2:05 PM
CV-2002-005212.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

## (HEALTHSOUTH CORPORATION 2002 DERIVATIVE LITIGATION)

| | |
|---|---|
| **WADE TUCKER,** derivatively for the Benefit of and on behalf of the Nominal Defendant HealthSouth Corporation, | )<br>)<br>) |
| **Plaintiff,** | ) |
| -vs- | ) |
| **RICHARD M. SCRUSHY,** *et al.*, | ) |
| **Defendants.** | ) **CIVIL ACTION NO. CV-02-5212** |
| **UBS SECURITIES LLC,** | ) |
| **Counterclaim Plaintiff,** | ) |
| -vs- | ) |
| **HEALTHSOUTH CORPORATION,** | ) |
| **Counterclaim Defendant.** | ) |

## UBS SECURITIES LLC'S AMENDED ANSWER TO THE THIRD COMPLAINT AND THE SUPPLEMENTAL AND FOURTH AMENDED COMPLAINT

Pursuant to Alabama Rule of Civil Procedure 15, Defendant UBS Securities LLC ("UBS") hereby amends paragraph 134 of its Answer and Defenses to the Third Amended Verified Complaint and the Supplemental Complaint and Fourth Amended Verified Complaint (collectively, the "Complaint") filed by Plaintiff Wade Tucker ("Plaintiff") and states as follows:

134. UBS denies the allegations in Paragraph 134, and each subparagraph thereof, that purport to pertain to UBS and denies knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph that pertain to other defendants, except (i) admits that UBS AG, Stamford Branch provided a loan to MCDC; and (ii) refers to the referenced public filings, plea allocations, court filings and other cited documents and proceedings for a full and complete statement of their contents. UBS further avers that the allegations purport to state, in whole or part, conclusions of law as to which no response is appropriate or required.

All other aspects of UBS's Answer and Defenses to the Complaint and Counterclaims remain unchanged.

*Of Counsel:*

Robert J. Giuffra, Jr.
Brian T. Frawley
Julia M. Jordan
Laurent S. Wiesel
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

*Counsel for UBS Securities LLC*

Respectfully submitted,

*s/ Robin H. Jones*
W. Michael Atchison (ATC003)
Jay M. Ezelle (EZE002)
Robin H. Jones (JON143)
STARNES & ATCHISON LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35209
(205) 868-6000

*Counsel for UBS Securities LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the parties served via the AlaFile system, I have served a copy of the above and foregoing document upon all attorneys of record by electronic mail pursuant to the Court's April 19, 2004 Order requiring the same, on this the 16th day of November, 2007.

                **s/ Robin H. Jones**
                OF COUNSEL

**All Counsel in *Tucker v. Scrushy*
Pending Before The Honorable Allwin E. Horn III**

| **Party** | **Name of Person to Serve** | **Email Address** |
|---|---|---|
| Tucker, Wade | John Q. Somerville, Esq. | jqs@gallowaysomerville.com |
| | Ralph D. Cook, Esq. | ralph@hwnn.com |
| | John W. Haley, Esq. | haley@hwnn.com |
| | Bruce J. McKee, Esq. | bruce@hwnn.com |
| | Steve P. Gregory, Esq. | stevegregory2005@comcast.net |
| | Frank DiPrima, Esq. | diprimalaw@aol.com |
| | Ronald A. Brown, Esq. | rabrown@prickett.com |
| | Edward F. Haber, Esq. | ehaber@shulaw.com |
| | Robert C. Schubert, Esq. | rschubert@schubert-reed.com |
| | Juden Justice Reed, Esq. | jreed@schubert-reed.com |
| | Arthur L. Schingler, Esq. | ashingler@scott-scott.com |
| | Michael J. Chepiga, Esq | mchepiga@stblaw.com |
| Scrushy, Richard M. | Donald V. Watkins, Esq. | donaldvwatkinspc@aol.com |
| | Kile T. Turner, Esq. | kturner@nwkt.com |
| | Mavanee Routt Bear, Esq. | neebear2000@yahoo.com |
| | Brian K. Miller, Esq. | bmiller@mmattorney.net |
| | Leslie Vernon Moore, Esq. | les.moore@lvmlaw.com |
| MedCenterDirect.com (*pro se*) | MedCenterDirect.Com, Inc.<br>3500 Peachtree Road, Suite 1610<br>Atlanta, GA  30326 | |
| Capstone Capital Corporation | James L. Goyer, Esq. | jgoyer@maynardcooper.com |
| | Alan F. Enslen, Esq. | aenslen@maynardcooper.com |
| | Jessica S. Grover, Esq. | jgrover@maynardcooper.com |
| G G Enterprises (*pro se*) | G G Enterprises<br>c/o Gary Gussing<br>865 Woodmere Creek Loop<br>Birmingham, Alabama  35226 | |

| | | |
|---|---|---|
| HealthSouth Corporation | Julia Boaz Cooper, Esq.<br>Anne Marie Seibel, Esq.<br>Kim Ferguson<br>Robyn Stein<br>Stephen D. Dargitz, Esq<br>Edward B. Micheletti, Esq. | jbcooper@bradleyarant.com<br>aseibel@bradleyarant.com<br>kferguson@bradleyarant.com<br>rstein@bradleyarant.com<br>sdargitz@skadden.com<br>emich@skadden.com |
| Martin, Michael D. | C. Lee Reeves, Esq.<br>Robert W. Fleishman, Esq. | lreeves@sirote.com<br>rfleishman@steptoe.com |
| Owens, William T.<br>(*pro se*) | William T. Owens<br>118 Highlands View Drive<br>Birmingham, Alabama 35242 | |
| Smith, Weston L. | Charles A. Dauphin, Esq.<br>David McKnight, Esq. | cdauphin@bddmc.com<br>dmcknight@bddmc.com |
| Ernst & Young LLP | Henry Simpson, Esq.<br>Kate Thornton, Esq.<br>Steven M. Farina, Esq.<br>Enu Mainigi, Esq.<br>Victoria Radd Rollins, Esq. | henry.simpson@arlaw.com<br>kate.thornton@arlaw.com<br>sfarina@wc.com<br>emainigi@wc.com<br>vrollins@wc.com |
| UBS Securities LLC | W. Michael Atchison, Esq.<br>Jay M. Ezelle, Esq.<br>Robin H. Jones, Esq.<br>Robert J. Giuffra, Esq.<br>Brian T. Frawley, Esq.<br>Thomas L. Leuba, Esq.<br>Julia M. Jordan, Esq.<br>Jeffrey T. Scott, Esq.<br>Laurent S. Wiesel, Esq. | wma@starneslaw.com<br>jme@starneslaw.com<br>rhj@starneslaw.com<br>giuffrar@sullcrom.com<br>frawleyb@sullcrom.com<br>leubat@sullcrom.com<br>jordanjm@sullcrom.com<br>scottj@sullcrom.com<br>wiesell@sullcrom.com |
| Beam, Aaron Jr.<br>(*pro se*) | Mr. Aaron Beam, Jr.<br>16848 Black Devine Rd.<br>Loxley, Alabama 36551 | |
| McVay, Malcolm E. | J. Don Foster, Esq. | jdf@jacksonfosterlaw.com |
| Livesay, Kenneth K.<br>McVay, Malcolm E. | Joseph A. Fawal, Esq. | jfawal@bellsouth.net |
| Harris, Emery W.<br>(*pro se*) | Mr. Emery W. Harris<br>290 Eagle Crest Court<br>Birmingham, Alabama 35242 | |