ELECTRONICALLY FILED
12/17/2007 5:33 PM
CV-2002-005212.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| STATE OF ALABAMA
Unified Judicial System | Revised 2/14/05 | Case | |
|---|---|---|---|
| 01-JEFFERSON - BIRMINGHAM | ☐ District Court  ☑ Circuit Court | CV200 | |

| WADE TUCKER ET AL VS RICHARD M SCRUSHY ET AL | **CIVIL MOTION COVER SHEET**
Name of Filing Party: C001 - TUCKER WADE |
|---|---|

| Name, Address, and Telephone No. of Attorney or Party. If Not Represented.
JOHN SOMERVILLE
11 OAK STREET
BIRMINGHAM, AL 35213
Attorney Bar No.: SOM007 | ☑ Oral Arguments Requested |
|---|---|

**TYPE OF MOTION**

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| | ☐ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ In Limine |
| | ☐ Joinder |
| ☐ Other _____ | ☐ More Definite Statement |
| pursuant to Rule _____ ($50.00) | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| ☐ Local Court Costs $ _____ | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☑ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship ☐ | Date:
12/17/2007 5:31:23 PM | Signature of Attorney or Party:
/s JOHN SOMERVILLE |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.


ELECTRONICALLY FILED
12/17/2007 5:33 PM
CV-2002-005212.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## (HEALTHSOUTH CORPORATION 2002 DERIVATIVE LITIGATION)

| | |
|---|---|
| WADE TUCKER, derivatively for the Benefit of and on behalf of the Nominal Defendant HealthSouth Corporation, <br>     Plaintiff, <br><br> -vs- <br><br> RICHARD M. SCRUSHY, *et al.*, <br>     Defendants. <br><br> UBS SECURITIES LLC, <br>     Counterclaim Plaintiff, <br><br> -vs- <br><br> HEALTHSOUTH CORPORATION, <br>     Counterclaim Defendant. | CIVIL ACTION NO. CV-02-5212 |

### PLAINTIFF'S MOTION TO STRIKE UBS SECURITIES LLC'S AMENDED ANSWER TO THE THIRD COMPLAINT AND THE SUPPLEMENTAL AND FOURTH AMENDED COMPLAINT

COMES NOW Plaintiff, Wade Tucker ("Plaintiff"), derivatively on behalf of the Nominal Defendant, HealthSouth Corporation and, pursuant to Alabama Rule of Civil Procedure 12(f), moves to strike UBS Securities LLC's ("UBS") Amended Answer to the Third Amended Complaint and the Supplemental and Fourth Amended Complaint as follows:

1. UBS's amendment is inconsistent with and contrary to UBS's prior representations that UBS Securities, LLC was the only proper party defendant with regard to Tucker's claims;

2. UBS's amendment is inconsistent with and contrary to UBS's prior representations that UBS Securities, LLC loaned money to MedCenterDirect.com ("MCDC");

3. UBS's amendment is an improper attempt by UBS to circumvent the rulings of this Court in the Modified Order Denying Motion to Dismiss Brought By UBS to the effect that UBS Securities, LLC is the only proper party defendant with regard to Tucker's claims;

4. UBS's amendment is an improper attempt by UBS to circumvent the rulings of this Court in the Modified Order Denying Motion to Dismiss Brought By UBS to the effect that all claims of UBS against HealthSouth should be litigated in this coordinated proceeding; and

5. UBS's amendment is an improper attempt by UBS to gain an unfair advantage in connection with this litigation and with litigation brought by UBS in New York State (litigation which should have been brought as a compulsory counterclaim here).

6. Tucker reserves the right to assert additional arguments, file additional materials and a file a Memorandum of Law in support of this Motion.

## NOTICE OF HEARING

This motion has been set for hearing at 1:30 p.m. on January 23, 2008 before the Honorable Allwin E. Horn, III.

Done this 17th day of December, 2007.

/s/ John Q. Somerville
One of the attorneys for Plaintiff, Wade Tucker

**OF COUNSEL FOR PLAINTIFF**:

John Q. Somerville, Esq.
GALLOWAY & SOMERVILLE, LLC
11 Oak Street
Birmingham, Alabama 35213
(205) 871-2183

John W. Haley, Esq.
Ralph D. Cook, Esq.
Bruce J. McKee, Esq.
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, Suite 800
Birmingham, Alabama 35203
(205) 238-5330

Frank DiPrima, Esq.
3 Carriage Hill Drive
Morristown, NJ 07960
Tel: (973) 656-0251

Ronald A. "Chip" Brown, Esq.
Prickett Jones & Elliot
1310 King Street, Box 1328
Wilmington, DE 19899
Tel:    (302) 888-6500

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
Tel: (617) 439-3939

Robert C. Schubert, Esq.
Juden Justice Reed, Esq.
Willem F. Jonckheer, Esq.
Schubert & Reed LLP
3 Embarcadero Center
Suite 1650
San Francisco, CA. 94111
Tel:    (415) 788-4220

Steven P. Gregory, Esq.
Gregory Law Firm, P.C.
46 Mt. Laurel Ave. #A
Birmingham, AL 35242-1801
Tel:    (205) 799-0380

Arthur L. Shingler, III
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06418
Voice: (860) 537-5537

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on this the 17th day of December, 2007 by electronic means to the attorneys listed on Appendix 3 (shown below) pursuant to the Court's Order and by U.S. mail, postage prepaid, and properly addressed to the following:

**Appendix 3:**
**All Counsel in *Tucker v. Scrushy***
**Pending Before The Honorable Allwin E. Horn III**

| Party | Name of Person to Serve | Email Address |
|---|---|---|
| Tucker, Wade | John Q. Somerville, Esq. | jqs@gallowaysomerville.com |
| | Ralph D. Cook, Esq. | ralph@hwnn.com |
| | John W. Haley, Esq. | haley@hwnn.com |
| | Bruce J. McKee, Esq. | bruce@hwnn.com |
| | Steve P. Gregory, Esq. | steve@gregorylawfirm.us |
| | Frank DiPrima, Esq. | diprimalaw@aol.com |
| | Ronald A. Brown, Esq. | rabrown@prickett.com |
| | Edward F. Haber, Esq. | ehaber@shulaw.com |
| | Robert C. Schubert, Esq. | rschubert@schubert-reed.com |
| | Juden Justice Reed, Esq. | jreed@schubert-reed.com |
| | Arthur L. Schingler, Esq. | ashingler@scott-scott.com |
| | Michael D. Ermert | mike@hwnn.com |
| Peters, Tim | Eric J. Belfi, Esq. | ebelfi@murrayfrank.com |
| Scrushy, Richard M. | Richard M. Adams | adams@parkmanlawfirm.com |
| | Jack McNamee | mwoods@mmattorney.net |
| Scrushy, Gerald P. | Tom E. Ellis, Esq. | tee@teelaw.com |
| MedCenterDirect.com | MedCenterDirect.Com, Inc., *pro se* 3500 Peachtree Road, Suite 1610 Atlanta, GA 30326 | |
| Source Medical Solutions, Inc. | James C. Huckaby Jr., Esq. | jch@hsdpc.com |
| | John W. Scott Esq. | jws@hsdpc.com |
| Capstone Capital Corporation | James L. Goyer, Esq. | jgoyer@maynardcooper.com |
| | Alan F. Enslen, Esq. | aenslen@maynardcooper.com |
| G G Enterprises | G G Enterprises, *pro se* c/o Gary Gussing 865 Woodmere Creek Loop Birmingham, AL 35226 | |

| | | |
|---|---|---|
| HealthSouth Corporation | Peyton D. Bibb, Esq.<br>Julia Boaz Cooper, Esq.<br>Edward P. Welch, Esq.<br>Stephen Dargitz, Esq.<br>Edward B. Micheletti, Esq.<br>Marc Ayers, Esq.<br>Benjamin Moncrief, Esq.<br>Hope Cannon, Esq. | pdb@hsy.com<br>jbcooper@bradleyarant.com<br>ewelch@skadden.com<br>sdargitz@skadden.com<br>emich@skadden.com<br>mayers@bradleyarant.com<br>bmoncrief@bradleyarant.com<br>hcannon@bradleyarant.com |
| Martin, Michael D. | John H. Cooper, Esq.<br>C. Lee Reeves, Esq.<br>Robert W. Fleishman, Esq. | jcooper@sirote.com<br>lreeves@sirote.com<br>rfleishman@steptoe.com |
| Givens, C. Sage<br>Strong, George H.<br>Newhall, Charles W. III<br>Chamberlin, John S.<br>Gordon, Joel C.<br>Striplin, Larry D. Jr. | J. Mark Hart, Esq.<br>Paul C. Gluckow, Esq.<br>Allison R. Kimmel, Esq. | jmh@hsy.com<br>pgluckow@stblaw.com<br>akimmel@stblaw.com |
| Owens, William T. | *pro se* | hrcwto@bellsouth.net |
| Watkins, Phillip C.<br>Foster, Patrick A.<br>Taylor, Larry D. | N. Lee Cooper, Esq.<br>James L. Goyer III, Esq.<br>Patrick Cooper, Esq.<br>Carl Burkhalter, Esq.<br>James R. Bussian, Esq.<br>Champ Lyons III, Esq.<br>Peter Q. Bassett, Esq.<br>Betsy Collins, Esq.<br>Susan Hurd, Esq.<br>Scott Brown, Esq. | lcooper@maynardcooper.com<br>jgoyer@maynardcooper.com<br>pcooper@maynardcooper.com<br>cburkhalter@maynardcooper.com<br>jbussian@maynardcooper.com<br>cl@lyonshorn.com<br>pbassett@alston.com<br>bcollins@alston.com<br>shurd@alston.com<br>scottbrown@maynardcooper.com |
| Smith, Weston L. | Charles A. Dauphin, Esq.<br>David McKnight, Esq. | cdauphin@bddmc.com<br>dmcknight@bddmc.com |
| Ernst & Young LLP | Henry Simpson, Esq.<br>Steven M. Farina, Esq.<br>Enu Mainigi, Esq.<br>Victoria Radd Rollins, Esq. | henry.simpson@arlaw.com<br>sfarina@wc.com<br>emainigi@wc.com<br>vrollins@wc.com |
| UBS Warburg LLC<br>UBS Group<br>UBS Investment Bank | W. Michael Atchison<br>Jay M. Ezelle, Esq.<br>Robin H. Jones, Esq.<br>Robert J. Giuffra, Esq.<br>Brian T. Frawley, Esq.<br>Julia M. Jordan, Esq.<br>Jeffrey R. Scott, Esq.<br>Laurent S. Wiesel, Esq. | wma@starneslaw.com<br>jme@starneslaw.com<br>rhj@starneslaw.com<br>giuffrar@sullcrom.com<br>frawleyb@sullcrom.com<br>jordanjm@sullcrom.com<br>scottj@sullcrom.com<br>wiesell@sullcrom.com |
| Beam, Aaron Jr., *pro se* | Aaron Beam 24135-001<br>Mobile Unit/C-Wing<br>Federal Prison Camp<br>Montgomery, AL 36112 | |

| | | |
|---|---|---|
| McVay, Malcolm E. | J. Don Foster, Esq. | jdf@jacksonfosterlaw.com |
| Harris, Emery W. | J. Stephen Salter, Esq. | umstakwit@aol.com |
| Livesay, Kenneth K. | Joseph A. Fawal, Esq. | jfawal@bellsouth.net |

**OF COUNSEL:**

/s/  John Q. Somerville            .
One of the attorneys for Plaintiff, Wade Tucker

6