```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UBS AG, STAMFORD BRANCH,                    :
                                            :
              Plaintiff,                    :
                                            :   Civil Action No. 07 CV 8490 (LAP)
         - v -                              :   ECF Case
                                            :
                                            :
HEALTHSOUTH CORP.,                          :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 10, 2007, this Court set a briefing schedule for Plaintiff UBS AG, Stamford Branch's ("UBS") Motion for Summary Judgment and Defendant HealthSouth Corporation's ("HealthSouth") Motion for a Stay or to Dismiss. The Order stated that UBS would file its Motion for Summary Judgment on or before December 17, 2007, that HealthSouth would file its Opposition to UBS's motion and its Motion for a Stay or to Dismiss on or before January 18, 2008, that UBS would file its Reply on its Motion for Summary Judgment and its Opposition to HealthSouth's motion on or before February 8, 2008, and that HealthSouth would file its Reply on its Motion for a Stay or to Dismiss on or before February 22, 2008. The Order further stated that the return date for UBS's motion and HealthSouth's cross motion was March 6, 2008, and

WHEREAS UBS and HealthSouth have agreed to a short extension of that briefing schedule.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. UBS will file its reply on its motion for summary judgment and its opposition to HealthSouth's cross-motion to stay or to dismiss on or before February 19, 2008;

2. HealthSouth will file its reply on its cross-motion to stay or to dismiss on or before March 14, 2008; and

3. The return date for UBS's motion for summary judgment and HealthSouth's cross motion to stay or to dismiss shall be ~~March 31, 2008~~. April 11, 2008 at 9:00 a.m.

Dated: February 8, 2008

Respectfully submitted,

*signature*  
Robert J. Giuffra, Jr. (RG-9969)  
Marc De Leeuw (MD-2166)  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004-2498  
(212) 558-4000  

*Attorneys for Plaintiff*

*signature*  
Gregory P. Joseph (GJ-1210)  
Peter R. Jerdee (PJ-1240)  
Gregory P. Joseph Law Offices LLC  
485 Lexington Avenue, 30th Floor  
New York, New York 10017  
(212) 407-1200  

*Attorneys for Defendant*

SO ORDERED:

*signature*  
Honorable Loretta A. Preska  
United States District Judge