UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UBS AG, STAMFORD BRANCH,                :
                                        :
                Plaintiff,              :
                                        : Civil Action No. 07 CV 8490 (LAP)
        - v -                           : ECF Case
                                        :
HEALTHSOUTH CORP.,                      :
                                        :
                Defendant.              :
-------------------------------x

## DECLARATION OF WILLIAM H. WAGENER

William H. Wagener declares as follows:

1. I am an associate of the law firm Sullivan & Cromwell LLP, counsel for UBS AG, Stamford Branch ("UBS AG"), in this action. I am a member of the bar of the State of New York.

2. Annexed hereto as Exhibit A is a true and correct copy of selected pages from HealthSouth Corporation's Form 10-K for the year ended December 31, 2000.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of February, 2008.

*/s/ William H. Wagener*
William H. Wagener