# EXHIBIT A

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

(HEALTHSOUTH CORPORATION 2002 DERIVATIVE LITIGATION)

| | |
|---|---|
| WADE TUCKER, derivatively for the )<br>Benefit of and on behalf of the Nominal )<br>Defendant HealthSouth Corporation, )<br>)<br>———————————————————— )<br>)<br>)<br>RICHARD M. SCRUSHY, *et al.*, ) | CIVIL ACTION NO. CV-02-5212 |

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF ROBERT J. GIUFFRA, JR.

Robert J. Giuffra, Jr., being duly sworn, deposes and says:

1.     I am a partner of the law firm Sullivan & Cromwell LLP, counsel for UBS Securities LLC ("UBS Securities"), formerly known as UBS Warburg LLC, in this action. I am a member of the bar of the State of New York.

2.     On August 18, 2003, the Third Amended Complaint was served upon UBS Securities, an entity that is not named as defendant in this action. A true and correct copy of the Notice of Service of Process is attached as Exhibit A hereto.

3.     As counsel for UBS Securities, I am familiar with the organization of UBS Securities and its affiliates.   To the best of my knowledge and belief, neither UBS Group nor UBS Investment Banking is a legal entity incorporated in any U.S. state or foreign country. . Rather, UBS Group is a term used to reference numerous UBS entities, including UBS Securities, its affiliates and parent corporation.  UBS Investment

Bank is a term that is used to reference the investment banking division of UBS

Securities.

_____
Robert J. Giuffra, Jr.

Sworn to before me this
16th day of October, 2003

_____
Notary Public

GAURAV I. SHAH
Notary Public, State of New York
No. 02SH6063029
Qualified in New York County
Commission Expires Nov. 12, 2006

-2-

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. CV-03-BE-1500-S |
| This Document Relates To: All Actions | ) ) ) | |
| In re HEALTHSOUTH CORPORATION STOCKHOLDER LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1501-S CLASS ACTION |
| This Document Relates To: All Actions | ) ) ) | |
| In re HEALTHSOUTH CORPORATION BONDHOLDER LITIGATION | ) ) ) | Consolidated Case No. CV-03-BE-1502-S CLASS ACTION |
| This Document Relates To: All Actions | ) ) ) | |

JOINT AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS [FACTUAL BASIS]

**DEMAND FOR JURY TRIAL**

(v)　　the 2001 Audit Report was incorporated into the May 2002 Registration Statement by consent dated August 19, 2002.

(d)　　Accordingly, as set forth under the caption "Experts" in the Registration Statements, the HealthSouth consolidated financial statements as of, and for the years ended, December 31, 1997, 1998, 1999, 2000 and 2001 were included "in reliance upon" E&Y's unqualified audit report, "given upon the authority of [E&Y] as experts in accounting and auditing."

(e)　　E&Y's role in the fraud alleged herein.

**Underwriter Defendants**

122.　　Defendant UBS AG (referred to as "UBS") is a large integrated financial services institution that through subsidiaries and divisions provides commercial and investment banking services, commercial loans to corporate entities, and advisory services regarding the structuring of financial transactions, including engaging in, or helping to structure derivatives and hedging financial transactions, acting as underwriter in the sale of corporate securities to the public and providing investment analysis and opinions on public companies, including its clients, via reports issued by securities analysts. As detailed herein, UBS is liable as the successor entity for the actions of (a) Warburg Dillon Read, which was merged with UBS Securities in 1998 and was renamed UBS Warburg, LLC, and (b) PaineWebber Group, Inc., with which subsidiary UBS Americas, Inc. merged in 2000 and now does business as UBS Financial Services, Inc. UBS engaged and participated in the scheme to defraud purchasers of HealthSouth securities by rendering all of the above services to HealthSouth, as described in this Complaint. UBS is also liable under the Securities Act in connection with HealthSouth securities offerings. UBS subsequently sold the majority, if not all, of these debt securities to Qualified Institutional Investors ("QIBs").

(a)    Defendant UBS Warburg, LLC ("UBS Warburg"), an entity principally owned by UBS AG, was the lead underwriter of the following HealthSouth Integrated Public Offerings: the September 2000 Integrated Public Offering, the February 2001 Integrated Public Offering, the September 2001 Integrated Public Offerings, and the May 2002 Integrated Public Offering. In the September 2000 Integrated Public Offering, UBS Warburg purchased $148,750,000 of the September 2000 Unregistered Notes; in the February 2001 Integrated Public Offering, UBS Warburg purchased $187,500,000 of HealthSouth's Unregistered Notes; in the September 2001 Integrated Public Offerings, UBS Warburg purchased a total of $275,000,000 of HealthSouth's September 2001 Unregistered Notes; and in the May 2002 Integrated Public Offering, UBS Warburg purchased $200,045,139 of HealthSouth's May 2002 Unregistered Notes.

(b)    Defendant PaineWebber, Incorporated ("PaineWebber"), now d/b/a UBS Financial Services, Inc., a subsidiary of UBS AG, was an underwriter of HealthSouth's March 1998 Integrated Public Offering and its June 1998 Integrated Public Offerings. In the March 1998 Integrated Public Offering, PaineWebber purchased $5,750,000 of HealthSouth's March 1998 Unregistered Notes; in the June 1998 Integrated Public Offerings, PaineWebber purchased a total of $22,500,000 of HealthSouth's June 1998 Unregistered Notes.

(c)    As noted above, PaineWebber subsequently sold the majority, if not all, of these debt securities to QIBs.

123.    Defendant Citigroup, Inc. (referred to as "Citi/Salomon") is a large integrated financial services institution that through subsidiaries and divisions provides commercial and investment banking services, commercial loans to corporate entities, and advisory services regarding the structuring of financial transactions, including engaging in or helping to structure, derivative and hedging financial transactions, acting as underwriter in the sale of corporate

352.    Not only did UBS issue glowing "strong buy" analyst reports, but also worked with the other Underwriter Defendants to sell $2,325,000,000 of Unregistered Notes after UBS concluded that HealthSouth was such a poor credit and business risk that UBS, before it would invest its own money in the Company, would have to quietly reduce its exposure and would have to obtain substantial fees to sell to the investing public Unregistered Notes that, as described above, would be used in substantial part to pay back UBS and the other Underwriter Defendants. UBS's internal conclusions were not disclosed in UBS' analyst reports nor in the several Offering Memoranda that UBS and the other Underwriter Defendants used to sell the Unregistered Notes. Indeed, a July 3, 2002 UBS e-mail discloses that UBS actually took steps to conceal its conclusions from the market. That UBS e mail directed UBS to sell-down its position in HealthSouth debt in "30 days or less," stating that "less than 30 days is better without spooking the market," and that UBS should "support[] our underwritings, to a point."

353.    Thus, throughout the Class Period, UBS was pocketing millions of dollars a year in interest payments and investment banking fees by engaging and participating in the HealthSouth scheme to defraud and stood to continue to collect these huge fees on an annual basis going forward so long as it helped perpetuate the HealthSouth scheme, while its top executives or managing directors pocketed huge returns on their investments – returns created by the very manipulative devices and transactions that were hiding HealthSouth's true financial condition and artificially inflating its profit.

354.    Lorello and McGahan also spearheaded UBS's financing of several of HealthSouth's questionable "off-balance sheet" special purpose ventures. These financings, too, were undertaken only as concessions to the Company in order to continue receiving considerable investment banking fees:

- 161 -

(a)    UBS invested with HealthSouth executives in companies that did hundreds of millions of dollars of business with HealthSouth. For example, a newly created UBS-controlled entity was an investor along with Scrushy and other HealthSouth executives and directors in a company called MedCenter Direct.com ("MCD") formed by these investors with the help of HealthSouth. In late 1999, HealthSouth initially invested $2.2 million in MCD. The minutes of a March 28, 2001 meeting of UBS's Leveraged Finance Commitment Committee disclose that UBS approved a $15 million 7-month term loan facility to MCD. UBS agreed to provide the financing only after HealthSouth guaranteed 100% of the loan, and agreed to limit to $345 million its access to the Company's then-existing $400 million credit facility from UBS. Those minutes explain the substantial nature of the relationship between UBS – particularly Lorello and McGahan, the Co-Chairs of UBS's healthcare corporate finance team – and HealthSouth. "This financing is purely a relationship concession to HealthSouth, with the full sponsorship of UBSW's HealthCare CFD [Corporate Finance] team. HealthSouth is a key relationship for CFD and LFG [Leveraged Finance Group] having generated more than $[9] million in financing fees over the last 9 months. We expect that this flow of lead managed business will continue as HealthSouth continues to term-out its bank debt." By 2001, HealthSouth was MCD's major customer, buying over $100 million a year in medical supplies from this insider-controlled entity – with over 50% of HealthSouth's facilities purchasing supplies from this company.

355.    UBS identified as a "transaction related issue" with respect to this financing the fact that HealthSouth would disclose in its financial statements either the transaction, which UBS referred to as "cosmetic"; the Company's 100% guarantee of the loan; or HealthSouth's agreement to restrict its access to its own UBS loan facility. HealthSouth's non-disclosure did not impede UBS's approval of the financing.

Superior Court to rescind all insurance policies issued or renewed since September 1998, based on fraud.

688.    The market price of the Company's stock, which traded as high as $31 per share during the Class Period, collapsed to the range of $0.08 to $0.11 per share.

### LEGAL THEORIES AND CLAIMS

689.    Pursuant to the Court's June 24, 2003 Order, the Stockholder and Bond Classes, and the Merger Subclasses, have set forth, in separate documents, their respective legal theories, claims and prayers for relief.

Plaintiffs demand a jury trial as to all issues so triable.

Dated:  January 8, 2004

*FOR THE STOCKHOLDER CLASS*

WHATLEY DRAKE, LLC
JOE R. WHATLEY, JR.
RUSSELL JACKSON DRAKE
G. DOUGLAS JONES (ASB-3880-S82G)

_____
G. DOUGLAS JONES

2323 Second Avenue North
Birmingham, AL 35202
Telephone: 205/328-9576
205/328-9669 (fax)

*Liaison Counsel for Stockholder Class*

*FOR THE BONDHOLDER CLASS*

DONALDSON & GUIN, L.L.C.
DAVID J. GUIN (ASB-3461-G67D)
DAVID R. DONALDSON
TAMMY McCLENDON STOKES

_____
DAVID J. GUIN

Two North Twentieth Street, Suite 1100
Birmingham, AL 35223
Telephone: 205/226-2282
205/226-2357 (fax)

*Liaison Counsel for Bondholder Class*

MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
WILLIAM S. LERACH
EDWARD P. DIETRICH
KATHLEEN A. HERKENHOFF
DEBRA J. WYMAN
VALERIE L. McLAUGHLIN
ELIZABETH J. ARLEO
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)


MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
PATRICK J. COUGHLIN

_____
     PATRICK J. COUGHLIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

- and -

LOWEY DANNENBERG BEMPORAD
     & SELINGER, P.C.
NEIL L. SELINGER
RICHARD BEMPORAD
THOMAS SKELTON
VINCENT BRIGANTI
The Gateway – 11th Floor
One North Lexington Avenue
White Plains, NY 10601
Telephone: 914/997-0500
914/997-0035 (fax)

*Co-Lead Counsel for Stockholder Class and
the Additional Stockholder Named Plaintiffs*

BERNSTEIN LITOWITZ BERGER &
     GROSSMANN LLP
MAX W. BERGER
JOHN P. COFFEY
JEFFREY N. LEIBELL
JENNIFER L. EDLIND

_____
     JOHN P. COFFEY

1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: 212/554-1400
212/554-1444 (fax)

- and -

CUNNINGHAM BOUNDS YANCE
     CROWDER & BROWN
JOHN T. CROWDER
ROBERT T. CUNNINGHAM, JR.
RICHARD T. DORMAN
P.O. Box 66705
Mobile, AL 36660
Telephone: 251/471-6191
251/479-1031 (fax)


*Co-Lead Counsel for Bondholder Class*

*FOR NSC & TCD STOCKHOLDERS*
*SUBCLASS*

SCHATZ & NOBEL, P.C.
ANDREW M. SCHATZ
330 Main Street
Hartford, CT 06106
Telephone: 860/493-6292
860/493-6290 (fax)

*ADDITIONAL NAMED BONDHOLDER*
*PLAINTIFF'S COUNSEL*

BERMAN DeVALERIO PEASE TABACCO
    BURT & PUCILLO
MICHAEL J. PUCILLO
· 515 North Flagler Drive, Suite 1701
W. Palm Beach, FL 33401
Telephone: 561/835-9400
561/835-0322 (fax)

*Attorneys for Additional Named Bondholder*
*Plaintiff State Universities Retirement System*
*of Illinois*

*FOR HORIZON STOCKHOLDER SUBCLASS*

LAW OFFICES OF M. CLAY RAGSDALE
M. CLAY RAGSDALE
1929 Third Avenue North, Suite 550
Birmingham, AL 35203
Telephone: 205/251-4775
205/251-4777 (fax)

S:\PleadingsSD\Healthsouth02\CPT 00004916.doc

- 269 -

## DECLARATION OF ELECTRONIC SERVICE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.      That on January 8, 2004, declarant will cause the JOINT AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS [FACTUAL BASIS] to be served electronically on the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January, 2004, at San Diego, California.

_Diana L. Houck_
DIANA HOUCK

- 1 -

# HealthSouth 02 Email Service List

To: akimmel@sitblaw.com
To: aschatz@enlaw.net
To: barryraga@aol.com
To: bcollins@alston.com
To: blc@crumptonlaw.com
To: cboccuzzi@cgsh.com
To: cburkhalter@mcglaw.com
To: cdauphin1@cs.com
To: Christopher.mixon@sodhss.com
To: chuckwatkins@ameritech.net
To: Cleufenberg@kellerohrbeck.com
To: clay@regasdefrees.com
To: clyde@hagens-berman.com
To: davidg@bakiaw.com
To: debraw@milberg.com
To: dgische@rdblaw.com
To: dpirimasław@aol.com
To: djones@whaleydrake.com
To: doeses@kellerohrbeck.com
To: Dmckright@bddinc.com
To: dmorton@bur.com
To: donaldwelkinspc@aol.com
To: ecioluc@sitblaw.com
To: edd@milberg.com
To: ehaber@rdblaw.com
To: ELZA@milberg.com
To: eps@spain-gillon.com
To: erick@sitblaw.com
To: erskinelaw@aol.com
To: esirger@kellerohrbeck.com
To: ewelch@siteddon.com
To: igh@heitmanlaw.com

To: gerve@rveyregsdale.com
To: gbraden@alston.com
To: haley@hwm.com
To: henry.simpson@atiaw.com
To: hfrichaim@bakerdonelson.com
To: Hgltc@mgpc.com
To: jbussian@mcglaw.com
To: jkf@auctioontsatelaw.com
To: jeff@sitbglaw.com
To: jenn@sitbglaw.com
To: jewal@radiouth.net
To: jpryer@mcglaw.com
To: jgan@Barnegain.com
To: JHazehon@christman-birion.com
To: JHughey@thlaw.com
To: JILLDC@milberg.com
To: jjorden@fogph.com
To: jkfusiley@lawyer.com
To: jms@stameslaw.com
To: jmalsam@sbcclasslaw.com
To: jmiller@classactioncounsel.com
To: jm@hwm.com
To: jchmayle@ameritech.net
To: jpr@galinaysomerville.com
To: jrect@schubert-reed.com
To: jshah@classactioncounsel.com
To: jshaman@thlaw.com
To: jwaesenam@chadbourne.com
To: kalejvh@milberg.com
To: kaimon@montanlawgroup.com
To: koopes@mcglaw.com

To: tmr@hsy.com
To: kreeves@sstote.com
To: ksefco@kellerohrbeck.com
To: Matthew.g.allison@bakernet.com
To: max@sitbglaw.com
To: mbarlow@sitedden.com
To: mbrlow@brickman-birion.com
To: mcheplge@sitblaw.com
To: mhati811@yahoo.com
To: mhbledge@rdblaw.com
To: Michael.Keeley@Strasburger.com
To: mkc@hsy.com
To: mkiwenthal@cgsh.com
To: mmciriveh@fogph.com
To: NSalinger@lcba.com
To: pbaseati@alston.com
To: pcooper@mcglaw.com
To: pcumin@sitblaw.com
To: pgluckow@kellerohrbeck.com
To: pkaufman@kramerlevin.com
To: ppeersall@kellerohrbeck.com
To: Ralph@hwm.com
To: iconzat@cgsh.com
To: rek@cbcyb.com
To: reamitr@csattorneys.com
To: rifleishman@steptoe.com
To: rk@stameslaw.com
To: richard.cerrigen@ogletreedeakins.com
To: rkigard@kellerohrbeck.com
To: rjohnson@mgpc.com
To: mosthial@geattye.com
To: rschubert@schubertreed.com

To: RSchwinger@chadbourne.com
To: rd@cbcyb.com
To: rd@cbcyb.com
To: sbalber@chadbourne.com
To: sbalber@scott-scott.com
To: sdegaiaz@sitedden.com
To: sdelamus@bellsouth.net
To: sean@sitbglaw.com
To: sfarina@vac.com
To: sfarina@vac.com
To: spregory@dicaandgregory.com
To: shunt@alston.com
To: sostrowski@cgsh.com
To: sib@spain-gillon.com
To: sshepherd@christiensonncounsel.com
To: ssinako@kramerlevin.com
To: sstarnes@starnesiaw.com
To: sstephen@rjsffalaw.com
To: steve@hagens-berman.com
To: tcemearer@mgpc.com
To: thall@chadbourne.com
To: Thomas.a.doyle@bakemail.com
To: thomaas@hagens-berman.com
To: TMC@sdy.com
To: Toni.Reed@strasburger.com
To: tsjobiom@chadbourne.com
To: tstokes@dglawfirm.com
To: umstakwl@aol.com
To: Vlazoel@kellerohrbeck.com

As of Jan 7, 2004

HealthSouth 02 (MASTER Combined)

Service List - 1/7/2004    (02-0385C)

Page 1 of 13

### Counsel For Defendant(s)

Henry E. Simpson
Adams and Reese/Lange Simpson LLP
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
   205/250-5000
   205/250-5034 (Fax)


Bruce Rogers
Bainbridge Mims Rogers & Smith
P.O. Box 530886
Birmingham, AL 35253


Henry Frohsin
Harriet Thomas Ivy
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202
   205/328-0480
   205/322-8007 (Fax)


J. Forrest Hinton
Susan S. Wagner
Christopher C. Haug
Berkowitz, Lefkovits, Isom & Kushner, A P.C.
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202
   205/328-0480
   205/322-8007 (Fax)


Peter Q. Bassett
Susan E. Hurd
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424
   404/881-7000
   404/881-7777 (Fax)


Gary H. Baise
Baise & Miller, P.C.
1020 19th Street, N.W., Suite 400
Washington, DC 20036
   202/331-9100
   202/331-9060 (Fax)


David McKnight
Baxley, Dillard, Dauphin & McKnight
2008 3rd Avenue South
Birmingham, AL 35233
   205/271-1100
   205/271-1108 (Fax)


Donald M. Briskman
Mack B. Binion
Jeremy S. Hazelton
Briskman & Binion, P.C.
P.O. Box 43
Mobile, AL 36601
   251/433-7600
   251/433-4485 (Fax)

HealthSouth 02 (MASTER Combined)

Service List – 1/7/2004    (02-0385C)

Page 2 of 13

Edward D. Buckley, III
Charles R. Bliss
Buckley & Klein, LLP
Atlantic Center Plaza, Suite 1100
1180 West Peachtree Street
Atlanta, GA 30309
    404/781-1100
    404/781-1101 (Fax)

Thomas Sjoblom
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
    212/408-5100
    212/541-5369 (Fax)

Kenneth O. Simon
Christian & Small LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
    205/795-6588
    205/328-7234 (Fax)

Mitchell A. Lowenthal
Carmine D. Boccuzzi
Stephen T. Ostrowski
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
    212/225-2000
    212/225-3999 (Fax)

Donald V. Watkins
Donald V. Watkins, Attorney at Law
2170 Highland Avenue South, Suite 100
Birmingham, AL 35205

William P. Hammer, Jr.
Ernst & Young LLP
5 Times Square, 36th Floor
New York, NY 10036
    212/773-3865
    212/773-3928 (Fax)

Erskine R. Mathis
Erskine Mathis & Associates
Age Herald Building, Suite 201
2107 5th Avenue, North
Birmingham, AL 35203
    205/252-1111
    205/320-1922 (Fax)

Joseph A. Fawal
Fawal & Spina
1330 21st Way South, Suite 200
Birmingham, AL 35205
    205/939-1330
    205/933-0101 (Fax)

HealthSouth 02 (MASTER Combined)
Service List - 1/7/2004    (02-0385C)
Page 3 of 13

Daniel A. Angelo
Green Buckley Jones & McQueen
Suite 1010 Park Central
2970 Clairmont Road
Atlanta, GA 30329
    404/522-3541
    404/522-3677 (Fax)

Frederick G. Helmsing
Helmsing, Leach, Herlong, Mewman & Rouse,
P.C.
150 Government Street, Suite 2000
P.O. Box 2767
Mobile, AL 36652
    251/432-5521
    251/432-0633 (Fax)

James L. O'Kelley
James L. O'Kelley, Attorney at Law
2001 Park Place North, Suite 300
Birmingham, AL 35203
    205/252-9551
    205/581-8022 (Fax)

Don B. Long, Jr.
James F. Henry
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
    205/458-9400
    205/458-9500 (Fax)

J. Michael Ridiker
Thomas L. Krebs
Michael K.K. Choy
Haskell Slaughter Young & Rediker, LLC
2001 Park Place North, Suite 1400
Birmingham, AL 35203
    205/251-1000
    205/324-1133 (Fax)

J. Don Foster
Jackson Foster & Graham LLC
108 St. Francis Strueet, Suite 1704
Mobile, AL 36602

Stephen A. Strickland
Jeffe Strickland & Drennan PC
2320 Arlington Avenue
Birmingham, AL 35205
    205/930-9800
    205/930-9809 (Fax)

Richard H. Deane, Jr.
Jones Day
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3242
    404/521-3939
    404/581-8330 (Fax)

HealthSouth 02 (MASTER Combined)
Service List – 1/7/2004    (02-0385C)
Page 4 of 13

Robert F. McDermott, Jr.
Jonathon Rose
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
 202/879-3939
 202/626-1700 (Fax)


Frederick G. Helmsing
Law Office of Frederick G. Helmsing
150 Government Street, Suite 2000
Mobile, AL 36652


Jackson R. Sharman III
Lightfoot, Franklin & White, L.L.C.
400 North 20th Street
The Clark Building
Birmingham, AL 35203
 205/581-0700
 205/581-0799 (Fax)


J. Mark Hart
London & Yancey, L.L.C.
400 Park Tower, 2001 Park Place North
Birmingham, AL 35203-2735
 205/251-2531
 205/251-8929 (Fax)


Patrick C. Cooper
Scott S. Brown
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2602
 205/254-1000
 205/254-1999 (Fax)


Richard F. Ogle
Ogle, Liles & Upshaw LLP
600 Financial Center
505 20th Street North
Birmingham, AL 35201-1865
 205/521-7000
 205/521-7007 (Fax)


Lanny J. Davis
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037-1350
 202/457-6000
 202/457-6315 (Fax)


Richard F. Ogle
Scholei, Ogle, Liles & Upshaw LLP
600 Financial Center
505 20th Street North
Birmingham, AL 35201
 205/521-7000
 205/521-7007 (Fax)

HealthSouth 02 (MASTER Combined)
Service List – 1/7/2004    (02-0385C)
Page 5 of 13

Paul C. Gluckow
Michael J. Chepiga
Paul C. Curnin
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
    212/455-2000
    212/455-2502 (Fax)

C. Lee Reeves
Sirote & Permutt, P.C. Law Firm
2311 Highland Avenue, Suite 500
Birmingham, AL  35205
    205/930-5152
    205/930-5101 (Fax)

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899
    302/651-3000
    302/651-3001 (Fax)

W. Michael Atchison
Anthony C. Harlow
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 59812
Birmingham, AL  35259
    205/868-6000
    205/868-6099 (Fax)

Robert  Fleishman
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
    202/429-3000
    202/429-3902 (Fax)

Robert J. Giuffra, Jr.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
    212/558-4000
    212/558-3588 (Fax)

Thomas R. Leuba
Sullivan & Cromwell LLP
1701 Pennsylvania Ave., N.W.
Washington, DC  20006-5805
    202/956-7500
    202/293-6330 (Fax)

Edward E. Angwin
Raymond L. Johnson, Jr.
Thomas, Means, Gillis & Seay, P.C.
P.O. Drawer 370447
Birmingham, AL  35237-0447
    205/328-7915
    205/214-6160 (Fax)

HealthSouth 02 (MASTER Combined)
Service List - 1/7/2004    (02-0385C)
Page 6 of 13

H. Lewis Gillis
Thomas, Means, Gillis & Seay, P.C.
3121 Zelda Court, P.O. Drawer 5058
Montgomery, AL  36103-5058
    334/270-1033
    334/260-9396 (Fax)

Matthew J. Herrington
Steven M. Farina
Williams & Connolly
725 12th Street, N.W.
Washington, DC  20005
    202/434-5000
    202/434-5029 (Fax)

**Counsel For Plaintiff(s)**

Arthur N. Abbey
Mark C. Gardy
Abbey Gardy, LLP
212 East 39th Street
New York, NY  10016
    212/889-3700
    212/684-5191 (Fax)

Daniel L. Berger
Lawrence J. Lederer
Lane Vines
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
    215/875-3000
    215/875-4604 (Fax)

Mel E. Lifshitz
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
    212/779-1414
    212/779-3218 (Fax)

Jennifer L. Edlind
John P. Coffey
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY  10019
    212/554-1400
    212/554-1444 (Fax)

Brent L. Crumpton
Brent L. Crumpton P.C.
1650 Financial Center
505 North 20th Street
Birmingham, AL  35203

Evan J. Smith
Brodsky & Smith, LLC
333 E. City Avenue, Suite 602
Bala Cynwyd, PA  19004
    610/667-6200
    610/667-9029 (Fax)

HealthSouth 02 (MASTER Combined)
Service List - 1/7/2004    (02-0385C)
Page 7 of 13

Samuel H. Rudman
Russell J. Gunyan
Cauley Geller Bowman & Rudman LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
    631/367-7100
    631/367-1173 (Fax)

S. Gene Cauley
Cauley Geller Bowman & Rudman, LLP
P.O. Box 25438
Little Rock, AR 72221-5438
    501/312-8500
    501/312-8505 (Fax)

David B. Kahn
Mark E. King
Elissa C. Chase
David B. Kahn & Associates, Ltd.
One Northfield Plaza, Suite 100
Northfield, IL 60093-1211
    847/501-5083
    847/501-5086 (Fax)

David R. Donaldson
David J. Guin
Tammy McClendon Stokes
Donaldson & Guin, L.L.C.
Two North Twentieth Street, Suite 1100
Birmingham, AL 35203
    205/226-2282
    205/226-2357 (Fax)

Paul J. Geller
Cauley Geller Bowman & Rudman, LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
    561/750-3000
    561/750-3364 (Fax)

John T. Crowder, Jr.
Robert T. Cunningham, Jr.
Richard T. Dorman
Cunningham Bounds Yance Crowder & Brown
P.O. Box 66705
Mobile, AL 36660
    251/471-6191
    251/479-1031 (Fax)

Stephen Gregory
Karen E. Skilling
Dice & Gregory LLC
2824 Seventh Street
Tuscaloosa, AL 35401

Andrew J. Entwistle
Robert N. Cappucci
William W. Wickersham
Entwistle & Cappucci LLP
299 Park Avenue, 14th Floor
New York, NY 10171
    212/894-7200
    212/894-7272 (Fax)

HealthSouth 02 (MASTER Combined)
Service List - 1/7/2004   (02-0385C)
Page 8 of 13

Jeffrey R. Krinsk
Finkelstein & Krinsk
501 West Broadway, Suite 1250
San Diego, CA  92101
  619/238-1333
  619/238-5425 (Fax)

John  Somerville
Galloway & Somerville, LLC
11 Oak Street
Birmingham, AL  35213
  205/871-2183
  205/871-2184 (Fax)

Peter A. Lagorio
Gilman And Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906
  781/231-7850
  781/231-7840 (Fax)

Thomas M. Sobol
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
  617/482-3700
  617/482-3003 (Fax)

Burton H. Finkelstein
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC  20007
  202/337-8000
  202/337-8090 (Fax)

Edgar G. Gentle III
J. Paul Zimmerman
Gentle Pickens Eliason Turner & Ritondo
2 North 20th Street, Suite 1200
Birmingham, AL  35205
  205/716-3000
  205/716-3110 (Fax)

Steve W. Berman
Clyde A. Platt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
  206/623-7292
  206/623-0594 (Fax)

Marc H. Edelson
Jerold B. Hoffman
Hoffman & Edelson
45 W. Court Street
Doylestown, PA  18901
  215/230-8043
  215/230-8735 (Fax)

HealthSouth 02 (MASTER Combined)
Service List – 1/7/2004    (02-0385C)
Page 9 of 13

Garve Ivey, Jr.
Barry A. Ragsdale
Ivey & Ragsdale
1615 Financial Center
505 N. 202 20th Street
Birmingham, AL 35203

James L. North
James L. North & Associates
300 N. 21st Street, Title Building
Birmingham, AL 35203
   205/251-0252
   205/251-0255 (Fax)

Frederic S. Fox
Hae Sung Nam
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
   212/687-1980
   212/687-7714 (Fax)

Lynn Lincoln Sarko
Derek W. Loeser
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
   206/623-1900
   206/623-3384 (Fax)

Richard A. Freese
Langston Sweet & Freese, P.A.
Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223
   205/871-4144
   205/871-4104 (Fax)

D. Joshua Staub
Law Office of D. Joshua Staub
16161 Ventura Blvd., Suite 669
Encino, CA 91436
   310/576-7770
   310/576-1309 (Fax)

J. Timothy Francis
Law Office of J. Timothy Francis
700 Title Building
300 21st Street North
Birmingham, AL 35203

Samuel R. McCord
Law Office of Samuel R. McCord
600 Title Building
300 21st Street North
Birmingham, AL 35203

HealthSouth 02 (MASTER Combined)
Service List – 1/7/2004   (02-0385C)
Page 10 of 13

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
    412/391-5164
    412/471-1033 (Fax)

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
    772/231-4202
    772/234-0440 (Fax)

M. Clay Ragsdale IV
Law Offices of M. Clay Ragsdale
1929 Third Avenue North
550 Farley Building
Birmingham, AL 35253-0924
    205/251-4775
    205/251-4777 (Fax)

Richard Rosenthal
Law Offices of Richard Rosenthal P.C.
1930 20th Avenue South
Birmingham, AL 35209

Richard A. Lockridge
Karen M. Hanson
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
    612/339-6900
    612/339-0981 (Fax)

Neil L. Selinger
Lowey Dannenberg Bemporad & Selinger, P.C.
One N. Lexington Avenue, 11th Floor
White Plains, NY 10601
    914/997-0500
    914/997-0035 (Fax)

Jack B. McNamee
McNamee & Liddon
2126 Morris Avenue
Birmingham, AL 35203

Edward P. Dietrich
Kathleen A. Herkenhoff
Debra J. Wyman
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
    619/231-1058
    619/231-7423 (Fax)

HealthSouth 02 (MASTER Combined)
Service List - 1/7/2004    (02-0385C)
Page 11 of 13

Patrick J. Coughlin
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
    415/288-4545
    415/288-4534 (Fax)

Roger H. Bedford, Jr.
Roger Bedford & Associates PC
P.O. Box 370
Russeville, AL 35653

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
    610/667-7706
    610/667-7056 (Fax)

David R. Scott
Michael A. Swick
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT 06415
    860/537-3818
    860/537-4432 (Fax)

Myron M. Cherry
Myron M. Cherry & Associates LLC
30 North LaSalle Street, Suite 2300
Chicago, IL 60602

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
Schatz & Nobel
330 Main Street
Hartford, CT 06106
    860/493-6292
    860/493-6290 (Fax)

Robert C. Schubert
Juden Justice Reed
Schubert & Reed LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111
    415/788-4220
    415/788-0161 (Fax)

Edward F. Haber
Thomas G. Shapiro
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA 02109
    617/439-3939
    617/439-0134 (Fax)

HealthSouth 02 (MASTER Combined)
Service List - 1/7/2004    (02-0385C)
Page 12 of 13

James E. Miller
Shepherd, Finkelman, Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103
   860/246-0600
   860/246-0700 (Fax)

Scott R. Shepherd
James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063
   610/891-9880
   610/891-9883 (Fax)

Michael Keeley
Strasburger & Price
901 Main Street, Suite 4300
Dallas, TX 75202
   214/651-4300
   214/651-4330 (Fax)

Jules Brody
Aaron Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY 10017
   212/687-7230
   212/490-2022 (Fax)

Charles R. Watkins
John R. Wylie
Susman & Watkins
Two First National Plaza, Suite 620
Chicago, IL 60603
   312/346-3466
   312/346-2829 (Fax)

Jay F. Guin
Tanner & Guin, LLC
2711 University Blvd., P.O. Box 3206
Tuscaloosa, AL 35403

Kenneth J. Vianale
Julie Prag Vianale
Vianale & Vianale LLP
5355 Town Center Road, Suite 801
Boca Raton, FL 33486
   561/391-4900
   561/368-9274 (Fax)

Robert I. Harwood
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
   212/935-7400
   212/753-3630 (Fax)

HealthSouth 02 (MASTER Combined)
Service List – 1/7/2004    (02-0385C)
Page 13 of 13

Paul J. Scarlato
Weinstein Kitchenoff Scarlato Karon & Goldman Ltd.
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
    215/545-7200
    215/545-6535 (Fax)


Fred T. Isquith
Gustavo Bruckner
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
    212/545-4600
    212/545-4653 (Fax)

Joe R. Whatley, Jr.
G. Douglas Jones
Whatley Drake, LLC
2323 Second Avenue North
Birmingham, AL 35203
    205/328-9576
    205/328-9669 (Fax)


Robert C. Finkel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
    212/759-4600
    212/486-2093 (Fax)

# EXHIBIT C

2007 Jun-11  PM 05:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re HEALTHSOUTH CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. CV-03-BE-1500-S |
| This Document Relates To:  All Actions | ) ) ) |
| In re HEALTHSOUTH CORPORATION STOCKHOLDER LITIGATION | ) ) ) Consolidated Case No. CV-03-BE-1501-S |
| This Document Relates To:  All Actions | ) ) ) |
| In re HEALTHSOUTH CORPORATION BONDHOLDER LITIGATION | ) ) Consolidated Case No. CV-03-BE-1502-S |
| This Document Relates To:  All Actions | |

## ANSWER OF THE UBS DEFENDANTS

UBS AG and UBS Securities LLC (formerly UBS Warburg LLC) (collectively, "UBS"), and individual defendants Howard Capek, Benjamin D. Lorello and William C. McGahan (collectively, the "Individual UBS Defendants"), through their undersigned counsel, state as follows for their Answer and Defenses to the (1) Joint Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws [Factual Basis] filed April 30, 2007 ("Joint Factual Basis Complaint"); (2) the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws [Legal Theories and Claims] filed on behalf the putative Stockholder Class on April 30, 2007 ("Stockholder Legal Theories Complaint"); and (3) the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws [Legal Theories and Claims] filed on behalf of the putative Bondholder Class on April 30, 2007 ("Bondholder Legal Theories Complaint") (collectively, the

Ryan and Mr. Lorello and refer to those e-mail communications for a complete and accurate statement of their contents.

326.    Deny the allegations of Paragraph 326, except: (i) admit UBS Warburg received customary investment banking fees from HealthSouth; (ii) admit UBS Warburg purchased a block of HealthSouth stock from Scrushy on May 4, 2002 and resold those shares pursuant to Rule 144A and refer to the May 15, 2002 Form 144 filed with the SEC by Scrushy for a complete statement of the details of Scrushy's May 14, 2002 sale of HealthSouth stock; (iii) admit UBS AG provided financing to MedCenterDirect.com ("MCD"), an entity then partially owned by HealthSouth; (iv) aver HealthSouth's guarantee of the MCD loan was publicly disclosed; (v) aver UBS did not create MCD; (vi) refer to the minutes of the March 28, 2001 Leveraged Finance Commitment Committee and May 6, 2002 Equity Capital Markets Committee Meeting and for a complete and accurate statement of their contents; (vii) admit upon information and belief MCD was a fully operational e-procurement company that provided legitimate services to HealthSouth; (viii) admit UBS AG provided a $82.5 million loan to First Cambridge HCI Acquisitions, an independent real estate company, in connection with its purchase of healthcare facilities from HealthSouth and HealthSouth guaranteed the repayment of that loan and refer to that agreement for a complete and accurate statement of its terms; and (ix) admit HealthSouth advised UBS that it was not disclosing its guarantee of the First Cambridge loan because it was immaterial.

327.    Deny the allegations of Paragraph 327.

328.    Deny the allegations of Paragraph 328, except:  (i) refer to HealthSouth's SEC Filings, including its Registration Statements, for a complete and accurate statement of HealthSouth's public securities offerings for the period of 1986 to March 1999; (ii) aver UBS

- 75 -

WHEREFORE, the UBS Defendants pray that judgment be entered in favor of them on all claims asserted in the Complaint, and that UBS be awarded its costs and expenses (including attorneys' fees) incurred in this action, together with such other and further relief as the Court may deem just and proper.

Dated:     June 11, 2007
           New York, New York

W. Michael Atchison (ATC003)
Jay M. Ezelle (EZE002)
Robin H. Jones (JON143)
STARNES & ATCHISON LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
(205) 868-6000

*Counsel for UBS AG, UBS Securities LLC,*
*Howard Capek, Benjamin D. Lorello and*
*William C. McGahan*

SULLIVAN & CROMWELL LLP

By: **s/ Robert J. Giuffra, Jr.**
     Robert J. Giuffra, Jr.
     Brian T. Frawley
     Julia M. Jordan

125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for UBS AG, UBS Securities LLC,*
*Howard Capek, Benjamin D. Lorello and*
*William C. McGahan*

Thomas Fitzpatrick
LAW OFFICES OF THOMAS
FITZPATRICK
500 Fifth Avenue, 33rd Floor
New York, New York 10110
(212) 930-1290

*Counsel for Howard Capek*

Helen Gredd
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, New York 10110
(212) 921-8399

*Counsel for William C. McGahan*

Robert J. Anello
Richard F. Albert
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
(212) 880-9560

*Counsel for Benjamin D. Lorello*