```
0001
 1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ALABAMA
 2              SOUTHERN DIVISION
      ------------------------------------------------X
 3   In re HEALTHSOUTH CORPORATION   MASTER FILE NO.
     SECURITIES LITIGATION,         CV-03-BE-1500-S
 4   ------------------------------------------------X
     This Document Relates To: All Actions
 5   ------------------------------------------------X
     In re HEALTHSOUTH CORPORATION   CONSOLIDATED NO.
 6   STOCKHOLDER LITIGATION          CV-03-BE-1501-S
 7   This Document Relates To: All Actions
     ------------------------------------------------X
 8   In re HEALTHSOUTH CORPORATION   CONSOLIDATED NO.
     BONDHOLDER LITIGATION           CV-03-BE-1502-S
 9
     This Document Relates To: All Actions
10   ------------------------------------------------X
     IN THE CIRCUIT COURT OF JEFFERSON COUNTY,
11   ALABAMA (HEALTHSOUTH CORPORATION 2002 DERIVATIVE
     LITIGATION)
12   ------------------------------------------------X
     WADE TUCKER, derivatively for the Benefit of
13   and on behalf of the Nominal Defendant
     HealthSouth Corporation,
14
       Plaintiff,
15                      CIVIL ACTION NUMBER
     - against -         CV0-02-5212
16   RICHARD M. SCRUSHY, et al.,
17     Defendants.
18   ------------------------------------------------X
     UBS SECURITIES, L.L.C.,
19
       Counterclaim Plaintiff,
20
     - against -
21
     HEALTHSOUTH CORPORATION,
22
       Counterclaim Defendant.
23   ------------------------------------------------X
       CONFIDENTIAL DEPOSITION OF RODERICK O'NEIL
24
25
```

```
17    ten copies, and I know there are more
18    people here than ten.  There are fewer
19    parties here than ten.  So each party will
20    be entitled to at least one copy of each
21    document I mark.
22          (Plaintiffs' Exhibit 898,
23    Memorandum, dated March 27, 2001, to
24    Leveraged Finance Commitment Committee and
25    Credit Risk Management Americas, Bates
0206
1     Numbers UBS/HS 00550584 to 587, marked for
2     identification.)
3  BY MR. HYMER:
4     Q.   Mr. O'Neil, I'm showing you what I
5  marked as Exhibit 898.
6          MS. BARENHOLTZ:  Wait till I have a
7  copy, please.
8     Q.   This is a Memorandum dated March 27,
9  2001, to the leveraged finance committee and
10 the credit risk management Americas; is that
11 correct?
12    A.   Yes.
13    Q.   And you are copied on this document;
14 is that right?
15    A.   Yes.
16    Q.   And do you recall -- do you remember
17 receiving this document?
18    A.   I do not.
19    Q.   All right.  Do you have any reason
20 to believe that you did not receive this
21 document?
22    A.   No.
23    Q.   You notice that in the second
24 paragraph under "Executive Summary,"
25 HealthSouth is described as a key relationship
0207
1  for CFD and LFG."
2          Do you see that?
3     A.   Yes, sir.
4     Q.   And CFD is?
5     A.   Corporate Finance Department.
6     Q.   And that's the department you and
7  Mr. McGahan worked in --
8     A.   Yes.
9     Q.   -- is that correct?
10    A.   Yes.
```

```
11      Q.   I'm sorry. I didn't --
12      A.   Yes. I'm sorry, yes.
13      Q.   Okay. Look, if you will, at the
14  second page of the Exhibit 898.
15      A.   Yes. 898, oh, yeah. Yes.
16      Q.   Is that right?
17      A.   Yes.
18      Q.   Down under the heading "Transaction
19  structure," do you see that?
20      A.   Um-hum.
21      Q.   It states, "HealthSouth has asked
22  UBS Warburg to provide MedCenterDirect with a
23  $15 million term loan facility.
24  MedCenterDirect will use a portion of the term
25  loan proceeds to pay back existing HealthSouth
0208
 1  liabilities."
 2          Do you see that?
 3      A.   Yes.
 4      Q.   And is that, to your knowledge, an
 5  accurate statement of how this loan originated?
 6      A.   Yes, I believe it is accurate. But
 7  I can't remember what the use of proceeds were
 8  for. But if it says it's going to be to pay
 9  back liabilities, I guess that's right, but I
10  don't recall that.
11      Q.   Now, UBS Warburg, was that the name
12  of the investment banking division at UBS?
13      A.   That was the name of the investment
14  bank, yes.
15      Q.   All right. And that was the entity
16  that you worked for?
17      A.   Yes, sir.
18      Q.   Did UBS Warburg later become UBS
19  Securities LLC?
20      A.   That sounds correct, yes.
21      Q.   All right. Look on the third page
22  of the document. Are you there?
23      A.   I am, sir.
24      Q.   Under "Transaction related issues,"
25  do you see that?
0209
 1      A.   I do.
 2      Q.   Where it talks about the disclosure
 3  of this loan guarantee?
 4      A.   Yes.
```

```
13  up status, the company's auditors have
14  expressed concerns about MedCenterDirect's
15  ability to refinance outstandings under the
16  facility at maturity.  In order to avoid a
17  going concern opinion by the auditors,
18  HealthSouth has asked UBS Warburg to extend the
19  maturity of the facility to MedCenterDirect to
20  March 30, 2002."
21        Do you see that?
22   A.   Yes.
23   Q.   Do you know who the company's
24  auditors were -- who MedCenterDirect's auditors
25  were?
0215
1    A.   I do not recall.
2    Q.   Do you have the MedCenterDirect IPO
3  document in front of you over there?
4    A.   I do.
5    Q.   And I don't remember what exhibit
6  number it is.  When you find it, let me know
7  what exhibit number it is for the record.
8    A.   892.
9    Q.   Look in that document and see if it
10  identifies who the MedCenterDirect auditor was.
11   A.   Ernst & Young.
12        MR. BENNETT:  Objection to the form.
13   Q.   Now, is that -- to your knowledge,
14  is that statement that "HealthSouth has asked
15  UBS Warburg to extend maturity of the facility
16  to MedCenterDirect to March 30, 2002," was that
17  a correct statement?
18        MR. BENNETT:  Objection to the form.
19   A.   I believe so, but I don't recall.
20   Q.   Right.  Now -- and this document was
21  a document obviously that was created by UBS,
22  correct?
23        MS. JORDAN:  Objection, lack of
24     foundation.
25   A.   This memo?
0216
1    Q.   Right.
2    A.   Yes.
3    Q.   I mean it says it's from Mike Leder,
4  David Barth, Frank Hoerner, and Dan Ladd.
5  Those are UBS employees, correct?
6    A.   Correct.
```

```
 7     Q.   Down under the first bullet point it
 8  says, "In the second half of 2000, UBS Warburg,
 9  together with a group of banks, provided
10  HealthSouth with a 364-day, $400 million
11  revolving credit facility (the 'Revolver')."
12          Do you see that?
13     A.   Yes.
14     Q.   And was that an accurate statement
15  to your knowledge?
16     A.   Yes.
17     Q.   The second bullet, it says, "In
18  connection with the MedCenterDirect
19  transaction, HealthSouth agreed to reduce
20  access to the revolver to 345 million with the
21  objective to reduce UBS Warburg's credit
22  exposure by $15 million."
23          Do you see that?
24     A.   Yes.
25     Q.   So in other words, as part of this
0217
 1  loan transaction with MedCenterDirect,
 2  HealthSouth had agreed that it would reduce its
 3  access to its own line of credit in exchange
 4  for UBS providing this loan to MedCenterDirect;
 5  is that correct?
 6          MS. JORDAN:  Objection to the form.
 7     A.   That looks correct.
 8     Q.   And in each instance when it talks
 9  about the party who provided, either the loan
10  to MedCenterDirect, or the credit facility to
11  HealthSouth, it refers to UBS Warburg; is that
12  correct?
13     A.   Yes.
14     Q.   And again, if you look on the third
15  page of this document, and the last page of
16  this exhibit, which is 899, it identifies
17  HealthSouth as "a core client and a key
18  relationship for CFD and LFG"; is that correct?
19     A.   That's what it says, yes.
20     Q.   And you would agree with that
21  statement; is that correct?
22     A.   Every client is an important key
23  client.
24     Q.   Well, if every client is, why would
25  UBS need to include that in the memo?
0218
```

```
 3   or the previous five years, six years, seven
 4   years. I'm not sure.
 5      Q.   All right. Have I given you
 6   Exhibit 900?
 7      A.   You have.
 8           MS. JORDAN: Can we have a copy
 9      before you proceed?
10           MR. HYMER: Yes, I'm going to hand
11      it out.
12      Q.   If you will turn -- I don't know why
13   it has this front page on it. I guess it was
14   produced like this. But in any event, would
15   you turn to the second page of the Exhibit 900?
16      A.   Yes.
17      Q.   And you see that this is another one
18   of these memorandums to the leveraged finance
19   committee and the credit risk management.
20           Do you see that?
21      A.   Yes.
22      Q.   And it's dated March 26, 2002; is
23   that right?
24      A.   Yes.
25      Q.   And this is -- actually, your name
0226
 1   is listed in the "From" section on this
 2   memorandum; is that right?
 3      A.   Yes.
 4      Q.   Under the heading "Corporate
 5   finance"; is that correct?
 6      A.   Yes.
 7      Q.   Along with Bill McGahan, Mike Leder,
 8   Scott Wollard, and Michael Farrow; is that
 9   correct?
10      A.   Yes, under corporate finance.
11           MS. JORDAN: Yes, there is others
12      listed for the record.
13      Q.   Under "Executive Summary," you see
14   that it says, "The purpose of this memorandum
15   is to obtain approval to increase the amount
16   and extend the maturity of UBS Warburg's
17   existing $15 million term loan to
18   MedCenterDirect.com Inc.
19           Do you see that?
20      A.   Yes.
21      Q.   And again, it describes it as UBS
22   Warburg's loan, correct?
```

23   A.   Yes.
24   Q.   And the amount by which
25   MedCenterDirect has asked that the loan be
0227
1   increased is $5 million, correct?
2   A.   Yes.
3   Q.   And your department, corporate
4   finance, has requested approval of that
5   increase and extension, correct?
6        MS. JORDAN:  That's an incorrect
7   statement of what the document says.
8   Q.   Is that correct?
9   A.   Can you repeat the question?
10  Q.   Your group has requested that this
11  extension and increase be approved, correct?
12       MS. JORDAN:  Objection to the form.
13  A.   When you say "my group," what do you
14  mean by that?
15  Q.   Well, where it says "Health care
16  corporate finance department," CFD, you have
17  told me you are CFD?
18  A.   Yes.
19  Q.   "Is requesting approval of a
20  $20 million, a $5 million upsizing 12-month
21  term loan facility (the 'Facility')."
22       That's what I mean by that.
23  A.   Yes.
24  Q.   All right.  So your group was
25  requesting approval of the extension and
0228
1   increase in the loan, correct?
2   A.   The health care corporate finance
3   department which, I believe at this point, had
4   brought in its own leveraged finance division
5   into the group.  So, yes.
6   Q.   Then, you note that "HealthSouth
7   Corporation, which owns 23 percent of
8   MedCenterDirect, will continue to guarantee
9   100 percent of the loan," correct?
10  A.   Yes.
11       MS. JORDAN:  Objection to the form.
12  Q.   Did Richard Scrushy guarantee any
13  portion of this loan?
14  A.   Not that I'm aware of.
15  Q.   Did Mike Martin guarantee any
16  portion of this loan?

```
11            (Plaintiffs' Exhibit 901, Minutes of
12        Leveraged Commitments Committee Meeting,
13        dated March 28, 2002, Bates Numbers UBS/HS
14        00550858 to 859, marked for
15        identification.)
16   BY MR. HYMER:
17      Q.   Which is a document dated March 28,
18   2002 titled "Minutes of the leveraged
19   commitments committee meeting," and in the
20   right-hand column, it has "Decision:
21   Approved."
22           Do you see that?
23      A.   Yes.
24      Q.   And this -- the decision that was
25   approved was the decision to increase the loan
0231
 1   to MedCenterDirect from $15 million to
 2   $20 million and to extend the term of the loan,
 3   correct?
 4      A.   Certainly to upsize from 15 to 20.
 5   (Reading.)
 6           So definitely to increase the size,
 7   and it looks like it was to extend it for 12
 8   months.  So it's not written that well, but
 9   yes.
10      Q.   All right.  And the -- the committee
11   that approved this indicated that what they
12   were approving was to increase the amount and
13   extend the maturity of UBS Warburg's existing
14   $15 million term loan to MedCenterDirect.com,
15   correct?
16      A.   Yes.
17           MS. JORDAN:  Objection to form.
18      Q.   And so again, the entity that's
19   referenced as having made the loan was UBS
20   Warburg, correct?
21           MS. JORDAN:  In this document.
22      Q.   Correct?
23      A.   Yes.
24      Q.   Is there reference in this document
25   to UBS AG Stamford branch as having made this
0232
 1   loan that you can see?
 2      A.   No, I don't see that anywhere.
 3      Q.   Were you also involved in
 4   transactions relating to First Cambridge?
```