```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UBS AG, STAMFORD BRANCH,         :
                                 :
                Plaintiff,       :
                                 :   07 Civ. 8490 (LAP)
     - v -                       :   ECF Case
                                 :
HEALTHSOUTH CORP.,               :
                                 :
                Defendant.       :
-------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

## [~~Proposed~~] AMENDED JUDGMENT

UBS AG having moved for summary judgment, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on June 6, 2008, having rendered an Opinion granting UBS AG, Stamford Branch's motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED** that, for the reasons stated in the Court's Opinion dated June 6, 2008, HealthSouth Corporation is directed to pay to UBS AG, Stamford Branch the sum of $30,276,837.68.

Dated: New York, New York
       June 16, 2008

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT COURT JUDGE