```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UBS AG, STAMFORD BRANCH,              :
                                      :
                    Plaintiff,        :
                                      :    07 Civ. 8490 (LAP)
        - v -                         :    ECF Case
                                      :
HEALTHSOUTH CORP.,                    :
                                      :
                    Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS plaintiff UBS AG, Stamford Branch ("UBS AG") moved this Court for summary judgment in the above-captioned action;

WHEREAS the Court, on June 6, 2008, rendered an Opinion granting UBS AG's motion for summary judgment;

WHEREAS Judgment was entered on June 12, 2008, for plaintiff UBS AG for a sum of $30,262,956.44;

WHEREAS an Amended Judgment was entered on June 16, 2008, for plaintiff UBS AG for a sum of $30,276.837.68 (the "Amended Judgment");

WHEREAS UBS AG intends to file a motion for attorneys' fees, which pursuant to FED. R. CIV. P. 54(d)(2) must be filed no later than June 30, 2008;

WHEREAS HealthSouth Corporation ("HealthSouth") intends to file an appeal from the Amended Judgment;

WHEREAS UBS AG intends to seek attorneys' fees in connection with HealthSouth's appeal;

WHEREAS the parties desire to submit motion papers on UBS AG's requests for attorneys' fees only once, if necessary;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the filing deadline for UBS AG's motion for attorneys' fees is extended until ten days after the Court of Appeals for the Second Circuit issues its mandate on HealthSouth's appeal of the Amended Judgment, or such other time agreed to by the parties and ordered by the Court.

SULLIVAN & CROMWELL LLP

*[signature]*

Robert J. Giuffra, Jr. (RG-9969)
(giuffrar@sullcrom.com)
Marc De Leeuw (MD-2166)
(deleeuwm@sullcrom.com)
William H. Wagener (WW-9089)
(wagenerw@sullcrom.com)
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
*Attorneys for Plaintiff*

GREGORY P. JOSEPH LAW OFFICES LLC

*[signature]*

Gregory P. Joseph (GJ-1210)
(gjoseph@josephnyc.com)
Peter R. Jerdee (PJ-1240)
(pjerdee@josephnyc.com)
Sandra M. Lipsman (SL-1220)
(slipsman@josephnyc.com)
Jeffrey H. Zaiger (JZ-1208)
(jzaiger@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: June 30, 2008

*[signature]*
Hon. Loretta A. Preska
United States District Judge