UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UBS AG, STAMFORD BRANCH,

        Plaintiff,

    v.

HEALTHSOUTH CORPORATION,

        Defendant.

----------------------------------------X

07 Civ. 8490 (LAP)

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that HealthSouth Corporation, Defendant in the above-captioned action, appeals to the United States Court of Appeals for the Second Circuit from (1) the Judgment of the United States District Court for the Southern District of New York, entered on June 12, 2008; (2) the Amended Judgment of the United States District Court for the Southern District of New York, entered on June 16, 2008; and (3) the underlying Opinion of United States District Court for the Southern District of New York, entered on June 6, 2008.

Dated:    New York, New York
            July 7, 2008

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

By: _____
      Paul Shechtman

425 Park Avenue
New York, New York 10022
(212) 223-0200